B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>WRS, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>fka Woods Restoration Services, LLC | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):    EIN: 20-3657250 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>22 Riverview Dr., Ste. 101<br>Wayne, NJ    ZIPCODE 07470 | Street Address of Joint Debtor (No. and Street, City, and State)    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Passaic | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other
  Construction

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:    Chapter 11 Debtors**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>WRS, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: See attached Rider. | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)         Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.4-749 - 30386

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): WRS, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ *[signature]*
Signature of Attorney for Debtor(s)
SHOSHANA SCHIFF 9639
Printed Name of Attorney for Debtor(s)

Trenk, DiPasquale, Webster, Della Fera & Sodono
Firm Name

347 Mt. Pleasant Avenue, Suite 300
Address

West Orange, NJ 07052

973-243-8600
Telephone Number

June 16, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual
CHET DUNICAN
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
June 16, 2010
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## Rider to Chapter 11 Petition

## Pending Bankruptcy Cases Filed by Affiliates

The following are affiliated Debtors filing Chapter 11 bankruptcy petitions in the United States Bankruptcy Court for the District of New Jersey on June 16, 2010:

1. WRS Holdings, LLC
2. WRS, LLC
3. Woods Restoration Services of Montclair, NJ, LLC
4. Woods Restoration Services, LLC
5. Woods Restoration Services of S.C., LLC
6. Environmental Remediation Concepts, LLC
7. WRS, Inc.

## RESOLUTION OF SPECIAL MEETING OF
## BOARD OF DIRECTORS OF WRS, LLC

I hereby certify that at a special meeting of the Board of Directors of WRS, LLC, (f/k/a Woods Restorations Services, LLC), a Delaware Limited Liability Company, held on the 16th day of June 2010, the following resolution was proposed and adopted in accordance with the Company operating agreement by a unanimous vote of the Board of Directors:

> "RESOLVED that, in view of the financial condition of WRS, LLC, its officers be and hereby are authorized to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of the law firm Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. for the purposes of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that Chet Dunican is hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the Chapter 11 proceeding of WRS, LLC."  Mr. Dunican is further authorized to make all decisions, without reservation, related to the filing of the above noted bankruptcy and with the general operation of the Company.

In certification hereof, I do set my hand and seal this 16th day of June 2010.

**WRS, LLC**

By: _____
Lon Shulkin,
A member of the Board

ATTEST: _____
Brad Sheffel,
Secretary to the Board

*Barbara T. Bychowski*

"OFFICIAL SEAL"
BARBARA T. BYCHOWSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/15/2013

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re  WRS, LLC                                ,
                Debtor

Case No.  10-_____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Phillip Woods<br>10 Sunfield Lane<br>West Hartford, CT 06107 | | | | 320,302.00 |
| Martin Woods<br>32 Uplands Drive<br>West Hartford, CT 06107 | | | | 317,170.00 |
| OPS Corp.<br>200 S. Michigan Avenue<br>Suite 1020<br>Chicago, IL 60604 | | | | 179,691.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.4-749 - 30386

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Charles George Companies, Inc. PO Box 857 Londonberry, NH 03053 | | | | 97,062.00 |
| Williams Scotsman, Inc. PO Box 91975 Chicago, IL 60693-1975 | | | | 84,756.00 |
| Tesser and Cohen 946 Main Street Hackensack, NJ 07601 | | | | 75,618.99 |
| C&D Construction LLC 121 Chestnut Street Garfield, NJ 07026 | | | | 68,653.00 |
| Advanced Furnace & Duct Cleaning 409 Cumberland Avenue Bayville, NJ 08721 | | | | 67,378.00 |
| Truly New Cleaning Corp. 196-43 53rd Avenue Fresh Meadows, NY 11365 | | | | 65,802.00 |
| Home Depot PO Box 9055 Department 32 Des Moines, IA 50368-9055 | | | | 65,606.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Valor Management Corp.<br>200 South Michigan Avenue<br>Suite 1020<br>Chicago, IL 60604 | | | | 63,151.00 |
| McKenna Long and Aldridge, LLP<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308 | | | | 60,719.00 |
| Automatic Suppression Alarm<br>67 Ramapo Valley Road<br>Suite 101<br>Mahwah, NJ 07430 | | | | 59,418.00 |
| Advanced Packing Services<br>521 Ellington Road<br>South Windsor, CT 06074 | | | | 55,305.00 |
| Professional Painting LLC<br>205 Earl Street<br>Woodbridge, NJ 07095 | | | | 49,170.00 |
| TCB Ventures, Inc.<br>136 West Central Avenue<br>Bergenfield, NJ 07621 | | | | 49,120.00 |
| Post & Kelly Electric Co., Inc.<br>PO Box 109<br>Hawthorne, NJ 07507 | | | | 46,705.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Horizon Blue Cross Blue Shield<br>PO Box 1738<br>Newark, NJ 07101-1738 | | | | 44,197.00 |
| Precise Mangaement LLC<br>286 Valley Road<br>Wayne, NJ 07470 | | | | 43,938.00 |
| Johnny On The Spot, Inc.<br>3168 Bordentown Avenue<br>Old Bridge, NJ 08857 | | | | 42,464.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   June 16, 2010

Signature

CHET DUNICAN,
Chief Executive Officer

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Advanced Furnace & Duct Cleaning
409 Cumberland Avenue
Bayville, NJ 08721


Advanced Packing Services
521 Ellington Road
South Windsor, CT 06074


Automatic Suppression Alarm
67 Ramapo Valley Road
Suite 101
Mahwah, NJ 07430


C&D Construction LLC
121 Chestnut Street
Garfield, NJ 07026


Charles George Companies, Inc.
PO Box 857
Londonberry, NH 03053


Home Depot
PO Box 9055
Department 32
Des Moines, IA 50368-9055


Horizon Blue Cross Blue Shield
PO Box 1738
Newark, NJ 07101-1738


Johnny On The Spot, Inc.
3168 Bordentown Avenue
Old Bridge, NJ 08857


Martin Woods
32 Uplands Drive
West Hartford, CT 06107

McKenna Long and Aldridge, LLP
303 Peachtree Street
Suite 5300
Atlanta, GA 30308


MFC Capital Funding, Inc.
Attn: Edward J. Ryczek,
      Managing Director
111 South Wacker Drive, Suite 5050
Chicago, IL 60606


OPS Corp.
200 S. Michigan Avenue
Suite 1020
Chicago, IL 60604


Phillip Woods
10 Sunfield Lane
West Hartford, CT 06107


Post & Kelly Electric Co., Inc.
PO Box 109
Hawthorne, NJ 07507


Precise Management LLC
286 Valley Road
Wayne, NJ 07470


Professional Painting LLC
205 Earl Street
Woodbridge, NJ 07095


Robinson & Cole LLC
280 Trumbull Street
Hartford, CT 06103-3597


TCB Ventures, Inc.
136 West Central Avenue
Bergenfield, NJ 07621

Tesser and Cohen
946 Main Street
Hackensack, NJ 07601


Tricarico Architecture and Design
500 Valley Road
Wayne, NJ 07470


Truly New Cleaning Corp.
196-43 53rd Avenue
Fresh Meadows, NY 11365


Valor Management Corp.
200 South Michigan Avenue
Suite 1020
Chicago, IL 60604


Williams Scotsman, Inc.
PO Box 91975
Chicago, IL 60693-1975