# IN RE WRS, LLC

## CASE NO. 10-28461 (DHS)

### SCHEDULE F

### CREDITORS HOLDING UNSECURED NONPRIORTY CLAIMS

(consisting of 1577 pages)

B6F (Official Form 6F) (12/07)

In re _____,                Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0291 BLDG LC 1920 EAST HALLANDALE BEACH BLV Hallandale, FL 33009 | | | | X | X | X | 0.00 |
| ACCOUNT NO. 1-800-Pack-Rat 460 Woodland Avenue Bloomfield, CT 06002 | | | Consideration: Trade debt | | | | 716.56 |
| ACCOUNT NO. 110-118 NORTH MAIN LLC 110-118 NORTH MAIN ST Pleasantville, NJ 08232 | | | | X | X | X | 0.00 |
| ACCOUNT NO. 114 AUTUMN STREET, INC. 114 AUTUMN STREET Passaic, NJ 07055 | | | | X | X | X | 0.00 |

*(vertical left margin:)* Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

___1575___ continuation sheets attached

|  |  |
|---|---|
| Subtotal ➤ | $ 716.56 |
| Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| 1161 SHERMAN REALTY  CORP 68-01 MAIN STREET Flushing, NY  11367 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 1175 FULTON AVE 1175 FULTON AVE Bronx, NY  10456 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 1380 MADISON LLC 1380 MADISON AVENUE NEW YORK, NY  10029 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 158 DANBURY ROAD CONDOS C/O ROCHE REALTY 590 DANBURY ROAD Ridgefield, CT  06877 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 168 FOX HILL LANE 168 FOX HILL LANE APT 25 - 38 ENFIELD, CT 06082 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

Sheet no. __1__ of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $    0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| 195 FARMINGTON AVE<br>195 FARMINGTON AVE<br>Farmington, CT 06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 2515, LLC<br>2515 7TH AVENUE<br>NEW YORK, NY | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 3 RIVERS EAST<br>1810 E OAKLAND PARK BLVD<br>FT LAUDERDALE, FL 33306 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 30-32 CENTRAL AVENUE<br>30-32 CENTRAL AVENUE<br>JERSEY CITY, NJ 07303 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 300 EAST HOUSING STREET<br>300 EST 85TH STREET<br>NEW YORK, NY 10028 | | | | X | X | X | 0.00 |

Sheet no. _2_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0.00

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| 340 NORTH SEVEN ST CORP 340-346 NORTH SEVEN STREET Newark, NJ 07101 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 343-349 EAST 50TH ST LLC 343-349 EAST 50TH STREET 4TH FLOOR New York, NY 10001 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 352 BOYLE AVE 352 BOYLE AVE Totowa, NJ 07512 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 528 WEST UNION MANAGEMENT, LLC 528 WEST UNION AVENUE BOUND BROOK, NJ 08805 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| 695 ROUTE 46 ASSOC NF, LLC 100 PASSAIC AVENUE Fairfield, NJ 07004 | | | | X | X | X | 0.00 |

Sheet no. _3_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
            Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> 807 CLINTON, LLC <br> PO BOX 433 <br> HOBOKEN, NJ 07030 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> 99 HAMMER STREET <br> 99 HAMMER STREET <br> Hartford, CT 06114 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> A & P CORPORATE HQ <br> 2 PARAGON DRIVE <br> Montvale, NJ 07645 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> A and R Services <br> 59 Waddell Road <br> Manchester, CT 06040 | | | Consideration: Trade debt | | | | 5,910.50 |
| ACCOUNT NO. <br><br> A&G Cleaning Services, LLC <br> 198 Strobel Street <br> Trumbull, CT 06611 | | | Consideration: Trade debt | | | | 2,060.00 |

Sheet no. _4_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 7,970.50

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30385

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A&W Home Improvement<br>53 Old Norwich Road<br>Quaker Hill, CT 06375 | | | Consideration: Trade debt | | | | 31,300.00 |
| ACCOUNT NO.<br><br>A-1 Acoustics, Inc.<br>310 S. 14th Street<br>Beaumont, TX 77702 | | | Consideration: Trade debt | | | | 9,065.00 |
| ACCOUNT NO.<br><br>A-1 AUTO BODY<br>59 E BALTIMORE AVE<br>LANSDOWNE, PA 19050 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>A-Van Electrical Supply, Inc.<br>36 Utter Avenue<br>Hawthorne, NJ 07506 | | | Consideration: Trade debt | | | | 220.55 |
| ACCOUNT NO.<br><br>A. Russo Electrical Contractor<br>22 Cezar Court<br>Wayne, NJ 07470 | | | Consideration: Trade debt | | | | 5,715.00 |

Sheet no. _5_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 46,300.55

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| A.J. CLARKE REAL ESTATE CORP. 1881 BROADWAY New York, NY 10023 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| A1 CONSTRUCTION 1184 MAIN AVENUE Clifton, NJ 07011 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Abba Demolition 1630 South Second Street Plainfield, NJ 07063 | | | | | | | 4,371.20 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Abba Disposal 1630 South Second Street Plainfield, NJ 07063 | | | | | | | 1,100.00 |
| ACCOUNT NO. | | | | | | | |
| ABBA'S ASSETS 519 SOUTH ORANGE AVENUE South Orange, NJ 07079 | | | | X | X | X | 0.00 |

Sheet no. _6_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 5,471.20

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
              Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Abbe Lumber Corp. 200 Avenel Street Avenel, NJ 07001 | | | | | | | 2,088.12 |
| ACCOUNT NO. | | | | | | | |
| ABBEY PARK CONDOMINIUMS ABBEY ROAD West Palm Beach, FL 33415 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABBOTT, CANDICE 27 ART CENTER LANE FARMINGTON VALLEY ART CENTER Avon, CT 06001 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABBRUZZESE, MARGARET 81 BELCHER ROAD WETHERSFIELD, CT 06109 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABBY KELLY FOSTER HOME 19 CROWN ST. Worcester, MA 01609 | | | | X | X | X | 0.00 |

Sheet no. _7_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    2,088.12

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ABC AUTO 1555 OAKTREE RD ISELIN, NJ 08830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABDELJABBAR, MOHAMMAD 181 ROSE PLACE WEST PATERSON, NJ 07424 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABEBE, SEME 234 1/2 YORK STREET Jersey City, NJ 07302 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABERCROMBIE, SHERRI 3853 Cooks Bridge Fountain Inn, SC 29644 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABESAMIS, RAINERIO 180 RENNER AVENUE Union, NJ 07083 | | | | X | X | X | 0.00 |

Sheet no. __8__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
               Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ABLE SANITARY 30 FOX GRAPE ROAD Flemington, NJ 08822 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABNIC INVESTMENTS 27-29 WEST MAIN STREET Meriden, CT 06450 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABO, ALLYSON 208D BRITTANY FARMS ROAD New Britain, CT 06053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABOU ARRAGE, SUZANNE 111 WOODLAND DRIVE Cromwell, CT 06416 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABOUKARAM, SARAH 23 YOUNG AVENUE Totowa, NJ 07512 | | | | X | X | X | 0.00 |

Sheet no. _9__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $                           0.00

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
        Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ABRAHAM, LUCY 88 RIGGS AVENUE West Hartford, CT  06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABRAHAMS, SHELLEY 2927 CURVING OAKS WAY Orlando, FL  32820 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABRAHMS, DAVID & GINA 72 FAIRFIELD DRIVE Short Hills, NJ  07078 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABRAMS, BRUCE 21 COLONEL EVANS DRIVE MORRIS TOWNSHIP, NJ  07960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABRAMS, PAIGE 32 HILLSBORO DR WEST HARTFORD, CT  06107 | | | | X | X | X | 0.00 |

Sheet no. __10__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ABRAMS, RUSS & LUCY 15 LINMORE AVENUE Newton, NJ 07860 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Absolute Cleaning 398 Stamm Road Newington, CT 06111 | | | Consideration: Trade debt | | | | 122.30 |
| ACCOUNT NO. | | | | | | | |
| ABSOLUTE RECYCLING 479 ELM ST. WEST HAVEN, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ABT, MARY 29 SPRING VALLEY ROAD Woodbridge, CT 06525 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACADEMY OF SACRED HEART 713 WASHINGTON STREET HOBOKEN, NJ 07030 | | | | X | X | X | 0.00 |

Sheet no. __11__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            122.30

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| ACADEMY OF SAINT ALOYSIUS 2495 JOHN F KENNEDY BLVD Jersey City, NJ 07304 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ACADEMY OF ST ELIZABETH 2 CONVENT ROAD CONVENT STATION, NJ 07961 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ACCEVEDO, MARIO 76 PEDDLER HILL ROAD Monroe, NY 10950 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | Consideration: Trade debt | | | | |
| Accordant Company, LLC 110 South Jefferson Road Whippany, NJ 07981 | | | | | | | 7,305.30 |
| **ACCOUNT NO.** | | | Consideration: Trade debt | | | | |
| Accountemps Address Line 1 ADDRESS | | | | | | | 22,716.41 |

Sheet no. __12__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | | | | | | Subtotal ▶ | $ | 30,021.71 |
|--|--|--|--|--|--|---|---|---|
|  | | | | | | Total ▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACE PLUMBING & ELECTRICAL 3809 ATLANTIC AVE Atlantic City, NJ 08401 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Ace Reprographic Service 74 East 30th Street Patreson, NJ 08514 | | | | | | | 298.26 |
| ACCOUNT NO. | | | | | | | |
| ACETO, BRUCE 630 CENTER STREET Manchester, CT 06040 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACETO, KELLY 316 E. OLD ROUTE 6 Windham, CT 06280 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACI ELECTRONICS 125 MICHAEL DRIVE SUITE 105 Syosset, NY 11791 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __13__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        298.26

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ACKERATT & PRATT ASSOC<br>12 MANOR HOUSE COURT<br>Cherry Hill, NJ  08003-5151 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ACOMPORA, ANTHONY  SR<br>1101 SUMMERTON STREET<br>Lady Lake, FL  32162 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Action Cleaning<br>57 Grassmere Avenue<br>West Hartford, CT 06110 | | | Consideration: Trade debt | | | | 250.00 |
| ACCOUNT NO.<br><br>Adalberto Acosta<br>19 Galivan St<br>Waterbury, CT 06706 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Adamo, Pietro<br>182 Shipman Drive<br>Glastonbury, CT 06033 | | | | X | X | X | 0.00 |

Sheet no. __14__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           250.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                            Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ADAMOWICH, PAUL 90 DENNIS DRIVE New Britain, CT 06053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ADAMS, EMIL 96 QUARRY RD Glastonbury, CT 06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ADAMS, JOHN 286 RIVERSIDE DR. Port Republic, NJ 08241 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ADAMS, SUSAN 82 UPLANDS DRIVE West Hartford, CT 06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Addams, Dennis 420 Dogwood Drive Greenwood, SC 29646 | | | | X | X | X | 0.00 |

Sheet no. __15__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0.00

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ADDINGTON, KEVIN 1001 WEST PARK ROAD Elizabethtown, KY, 42701 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ADDINGTON, KEVIN 901 WEST PARK ROAD Elizabethtown, KY, 42701 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ADDISON TRACE CONDO'S 16055, 16091, 16075 SIMS ROAD Delray Beach, FL 33484-6304 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ADELLARDE, DELVALLE 6 MASE AVENUE DOVER, NJ 07801 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Adform Advertising, LLC 1400 Parker Road Baltimore, MD 21227 | | | | | | | 833.24 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __16__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ | $ | 833.24

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ADINOLFI, ADFRED 235 SORGHUM MILL DRIVE Cheshire, CT 06410 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ADJANGBA, SAM & LAURA 677-679 GROVE STREET Irvington, NJ 07111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Admiral Cleaning, Inc. 855 Sullivan Avenue South Windsor, CT 06074 | | | | | | | 1,348.09 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| ADP, Inc. c/o SBS Collections PO Box 9001007 Louisville, KY 40290-1006 | | | | | | | 281.66 |
| ACCOUNT NO. | | | | | | | |
| ADRAGNA, HEWITT 25 MELROSE AVENUE HEWITT, NJ 07421 | | | | X | X | X | 0.00 |

Sheet no. __17__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 1,629.75 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
          Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ADREU, FRANK 29 WESTON STREET NUTLEY, NJ 07110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ADVANCE LAND MANAGEMENT 1 OTTILLO TERRACE Totowa, NJ 07512 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ADVANCE: BRIDGEWATER 1545 STATE HIGHWAY 206 BEDMINSTER, NJ 07921 | | | | X | X | X | 0.00 |
| ACCOUNT NO. Advanced Furnace & Duct Cleaning 409 Cumberland Avenue Bayville, NJ 08721 | | | Consideration: Trade debt | | | | 67,378.00 |
| ACCOUNT NO. Advanced Indoor Air Quality 3 Kadel Drive Mount Arlington, NJ 07856 | | | Consideration: Trade debt | | | | 14,900.00 |

Sheet no. __18__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    82,278.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ADVANCED MEDCAL IMAGING 220 KENNEDY DRIVE Torrington, CT  06790 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Advanced Packing Services 521 Ellington Road South Windsor, CT 06074 | | | | | | | 55,305.42 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Advanced Waste Systems Marangi Disposal, Inc. PO Box 495 Valley Cottage, NY 10989 | | | | | | | 4,130.10 |
| ACCOUNT NO. | | | | | | | |
| ADVENIR 17501 BISCAYNE BLVD, #300 AVENTURA, FL  33160 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AERODYNE REDMOND ENVIRONMENTAL 845 ROUTE 46 Clifton, NJ  07013 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __19__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 59,435.52

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AERY 24 MARYLAND BLVD HAMPTON BAY, NY 11945 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AFD CONTRACT FURNITURE 121-125 ENTERPRISE AVE SOUTH Secaucus, NJ 07094 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Insurance | | | | |
| Aflac Attn: Remittance Processing 1932 Wynnton Road Columbus, GA 31999-0797 | | | | | | | 642.04 |
| ACCOUNT NO. | | | | | | | |
| AFRICK, CARY 2 EWRIN PARK MONTCLAIR, NJ 07042 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AGARINI, SANTE 240 PARK AVENUE SOUTH (19TH STREET) New York, NY 10003 | | | | X | X | X | 0.00 |

Sheet no. _20_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          642.04

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
                         Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Agatha Simpson 438 Clarinda St Orlando, FL 32811 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AGEL, CHARLES 260 EAST 7TH STREET CLIFTON, NJ, 07011 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AGHA,MAHMOUD 12 DOYLE ROAD COLLINSVILLE, CT 06019 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AGUANOO, MARY 29 MT HOPE AVENUE DOVER, NJ 07801 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AHERN, BEATRICE 75 BRENTWOOD DRIVE Glastonbury, CT 06033 | | | | X | X | X | 0.00 |

Sheet no. _21_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AHERN, LUCY 100 OLD FARM ROAD North Haven, CT  06473 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AHLQUIST, JANE 21 FOREST HILL DRIVE West Hartford, CT  06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AHLUWALIA, SATWANT 124 WESTOVER LANE Stamford, CT  06902 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AIACH, FRANCIS M 110 BEACON STREET HAMDEN, CT  06514 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AIELLO PLUMBING & HEATING 600 OLD COUNTRY ROAD Windsor Locks, CT  06096 | | | | X | X | X | 0.00 |

Sheet no. __22__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $              0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. AIEZZI, MICHAEL 19 HAYES ROAD Ellington, CT 06029 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AIG HURRICANE PREPAREDNESS 100 CONNELL DRIVE SUITE 2100 Berkeley Heights, NJ 07922 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AIKEN, BOB 2011 GREENVILLE STREET ANDERSON, SC 29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AIMCO - NORTHWOOD 1 DOVE LAND Middletown, CT 06457 | | | | X | X | X | 0.00 |
| ACCOUNT NO. Air Craft Heating, Inc. PO Box 1949 Valley Center, CA 92082 | | | Consideration: Trade debt | | | | 454.30 |

Sheet no. __23__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 454.30

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AIR LOGISTICS 30 GOVENOR DRIVE Newburgh, NY  12550 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AIRPORT ROAD CAFE 330 AIRPORT ROAD Hartford, CT  06103 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AJ CLARKE REAL ESTATE CORP. 1881 Broadway New York, NY 10023 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AKDA, NADEEM 1512 PALISADE AVENUE 2M Fort Lee, NJ  07024 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AKERFELDS, ANDIS 170 POTATO FIELD LANE Southampton, NY  11968 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __24__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $                0.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AKERMAN, ERIC <br> 479 KETTLETOWN ROAD <br> Southbury, CT 06488 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> AKERMAN, OLGA <br> 479 KETTLETOWN ROAD <br> Southbury, CT 06488 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> AKHTER, PARVEEN <br> 48 LIVINGSTON STREET <br> Wethersfield, CT 06109 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> AKINRONBI <br> 30 QUABECK AVENUE <br> IRVINGTON, NJ 07111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> AKKAWAY, JENNIFER <br> 15 STONEHEDGE ROAD <br> UPPER MONTCLAIR, NJ 07043 | | | | X | X | X | 0.00 |

Sheet no. _25_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Al's Best Electric Co., Inc. | | | Consideration: Litigation plaintiff | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALADI, SAMUEL & LATEEF, MUIDEN<br>28 FAIRCHILD PLACE<br>Hillside, NJ  07205 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALAMIA, JAMES<br>185 ROSELAND AVENUE<br>Essex Fells, NJ  07021 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALBANI, ANNA<br>14 LAYTON ST<br>W Hartford, CT  06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALBANO, MARYANN<br>245 ROCKWOOD AVE.<br>Southington, CT  06489 | | | | X | X | X | 0.00 |

Sheet no. __26__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALBANO, SUSAN 22 LYMAN ROAD West Hartford, CT 06119 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALBERT, JOHN 108 RUMSON ROAD RUMSON, NJ 07760 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALBERT, LORETTA 65 FOXRIDGE RD WEST HARTFORD, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALBERT, NORMAN 10 CLAREMONT PLACE Cranford, NJ 07016 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALBUJA, PATRICIO & OLGA 1113 PATRON COURT Piscataway, NJ 08854 | | | | X | X | X | 0.00 |

Sheet no. _27_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALCORN, GREG 45 SOBY DRIVE West Hartford, CT 06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALDERMAN, LORETTA 39 RIVER ROAD Flanders, NJ 07836-9646 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALDERTON, AMY & BENJAMIN 925 EAST JOHNSON AVENUE Cheshire, CT 06410 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALDERUCCI ,SEBASTIAN 58 PRATT ST GLASTONBURY, CT 06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALDRIDGE, ALEXA 800 COLLEGE AVENUE Haverford, PA 19041 | | | | X | X | X | 0.00 |

Sheet no. __28__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALESSI 124 SARGENT AVENUE CLIFTON, NJ  07013 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALEXANDER CONDO HOMEOWNER ASSOC. 109 JACKSON STREET Hoboken, NJ  07030 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALEXANDER, CHRIS 41 SPRING STREET Enfield, CT  06082 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALEXANDER, JOYCE 88 FISK DRIVE NEWINGTON, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALEXANDER, LISA & JIM 165 WEST MAGNOLIA STREET Maywood, NJ  07607 | | | | X | X | X | 0.00 |

Sheet no. __29__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALEXANDER. JASON<br>39 WINONA TRAIL<br>Lake Hopatcong, NJ  07849 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALFORD, B.<br>STATION #1<br>BOX 10128<br>HouMA  LA, 70363 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALFORD, BARRY<br>2011 TYLER AVE.<br>HouMA  LA, 70360 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALFORD, JIMMY & LINDA<br>430 CONCORD STREET<br>Rahway, NJ  07065-2401 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ALFORD, TONY<br>225 BAYOU DR.<br>HouMA  LA, 70360 | | | | X | X | X | 0.00 |

Sheet no. __30__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALGARME, FRANK & STEFANIA 741 STEVENS STREET BRISTOL, CT  06010 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALGERI, MICHAEL & GINA 29 WARWICK ROAD Flanders, NJ  07836 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALGERRA, JOSE 18 WILLIAMS STREET Mine Hill, NJ  07803 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALI LIMITED PARTNERSHIP 58 PENNSYLVANIA AVENUE Niantic, CT  06357 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALI, SYED 169 MIANI AVENUE Newington, CT  06111 | | | | X | X | X | 0.00 |

Sheet no. _31_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $         0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| ALIEF INDEPENDENT SCHOOL DIST 4250 COOK ROAD Houston, TX 77072 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | Consideration: Trade debt | | | | |
| All Waste, Inc. PO Box 2472 Hartford, CT 06146-2472 | | | | | | | 2,520.32 |
| **ACCOUNT NO.** | | | | | | | |
| ALLATTO, BARBARA 115 HOPE ROAD Great Meadows, NJ 07838 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ALLEGRO, JOE 454 SAINT NICHOLAS AVENUE Haworth, NJ 07641 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ALLEN TIRE SERVICES 296 ALLEN ST. New Britain, CT 06053 | | | | X | X | X | 0.00 |

Sheet no. _32_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,520.32

Total ► $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
            Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Allen, Orlando 722 Westminster Avenue Elizabeth, NJ 07208 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALLEN, ROBERTO 350 BROOKSIDE AVENUE ROSSEVELT, NY 11575 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALLENDALE FREE PUBLIC LIBRARY 500 WEST CRESENT AVENUE ALLENDALE, NJ 07401 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Allens Transfer and Storage PO Box 19 Augusta, ME 04332 | | | | | | | 1,755.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Allied Building Products 2065 Route 34 South Wall, NJ 07719 | | | | | | | 25.15 |

Sheet no. __33__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,780.15

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALLIED INS SERVICES 1405 NO DELSEA DRIVE VINELAND, NJ  08360 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Allied Waste Services 907 Willow Grove Road Felton, DE 19943 | | | | | | | 87.13 |
| ACCOUNT NO. | | | | | | | |
| ALLOCCA, RICHARD & MAUREEN 7 CHESTER BROOK ROAD Chester, NJ  07930 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALLWOOD FORLENZA 482 NOTCH ROAD WEST PATERSON, NJ  07424 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALMEIDA, DAVID 627 SHERIDAN WOODS DRIVE Melbourne, FL  32904 | | | | X | X | X | 0.00 |

Sheet no. __34__ of _1575_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            87.13

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                     Case No. _____
            Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALOMA COMMERCE CENTER 933 BEVILLE ROAD, SUITE 103F SOUTH DAYTONA, FL  32119 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALONSO-ROSA, FRANK & VIVIAN KS 295 RIVERSIDE DRIVE Meriden, CT  06451 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALOOF, FRANCIS 6 GERTRUDE AVENUE ROCHELLE PARK, NJ  07662 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALPERT, JOSEPH & GILA 184 DWIGHT PLACE Englewood, NJ  07631 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Alside Supply Center Div. of Associated Materials 35 Styretown Road Clifton, NJ 07012 | | | | | | | 1,550.74 |

Sheet no. _35_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        1,550.74

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
　　　　　　　　　Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALTAMONTE SPRINGS MALL 451 EAST ALTAMONTE DRIVE Altamonte Springs, FL 32701 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALTEMUS, PAUL 126 SKILLMAN TERRACE SADDLE BROOK, NJ 07662 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALTER 567 RIDGEWOOD ROAD MAPLEWOOD, NJ 07040 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALTIERI, TOM 756 VAN HOUTEN AVENUE Clifton, NJ 07013 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Altima Mechanical Corp. 3 Emerald Court Clark, NJ 07066 | | | | | | | 2,700.00 |

Sheet no. __36__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,700.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ , Case No. _____
         Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALTMAN, BRENDA 2004 LEE CREEK DRIVE Van Buren, AR, 72956 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALTMAN, DEAN & KRISTINE 21 ARMSTRONG ROAD Morristown, NJ 07960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALVARADO, ORLANDO & PAL-MIRA 440 TROUT BROOK DRIVE West Hartford, CT 06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMATO, ANGELO & PHYLLIS 96 KONNER AVENUE Pine Brook, NJ 07058 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMBROSE, DAVE & KIM 77 BAYBERRY LANE Westport, CT 06880 | | | | X | X | X | 0.00 |

Sheet no. _37_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $    0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AMBROSE, STEVE 100 DALE ROAD Wethersfield, CT  06109 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMBROSINO, JEFF 44 WEST MAIN STREET Bergenfield, NJ  07621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMERICAN FIRST PROPERTY 710 EXECUTIVE CENTER DRIVE West Palm Beach, FL  33412 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMERICAN LASER CENTER 57 WEST 58TH STREET New York, NY  10023 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMERICAN RENT-ALL 20934 1-45N Spring, TX  77388 | | | | X | X | X | 0.00 |

Sheet no. __38__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Sons Locksmith, Inc.<br>618 Berdan Avenue<br>Wayne, NJ 07470 | | | Consideration: Trade debt | | | | 86.67 |
| ACCOUNT NO.<br><br>Americas Lighting, LLC<br>3271 Brushy Creek Road<br>PO Box 1430<br>Greer, SC 29652 | | | Consideration: Trade debt | | | | 5,718.61 |
| ACCOUNT NO.<br><br>AMES, SHARON<br>18 CHESHIRE AVENUE<br>WEST ORANGE, NJ 07052 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>AMISH MARKET<br>8000 COOPER AVENUE<br>QUEENS, NY 00385 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Amity Painting, LLC<br>6 North Racebrook Road<br>Woodbridge, CT 06525 | | | Consideration: Trade debt | | | | 2,200.00 |

Sheet no. __39__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ | $ | 8,005.28

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30586

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
             Debtor                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AMJ THE GRANITE COMPANY 27 DANIEL ROAD WEST Fairfield, NJ 07004 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMMONDS, JENNIFER 214 CART DRIVE SPARTANBURG, SC 29307 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMS PINNACLE 587 CARROLL STREET Orange, NJ 07050 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AMZAD, BEBI 324 NORTH 11TH STREET Newark, NJ 07107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AN, PETER 14 VALLEY VIEW AVENUE Oakland, NJ 07436 | | | | X | X | X | 0.00 |

Sheet no. __40__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
                Debtor                                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AN-MED HEALTH FOUNDATION 800 NORTH FANT STREET ANDERSON, SC  29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANASTASIOU, ANDREW 390 HARTSHORN DRIVE Short Hills, NJ  07078 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANASTOPOLOU, HELEN 18 CALUMET RD Westport, CT  06880 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANCHOR TRUCK RENTALS 174 ROUTE 17 NORTH Upper Saddle River, NJ  07458 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANCHORAGE CONDO ASSOC 6415 MIDNIGHT PASS ROAD Sarasota, FL  34242 | | | | X | X | X | 0.00 |

Sheet no. __41__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ANCIENT ORDER OF HIBERNIAS 428 BRACE AVENUE PERTH AMBOY, NJ 08861 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, ANN MARIE & KEVIN 47 CHESTNUT HILL ROAD East Hampton, CT 06424 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, ANNE 119 LOOKOUT ROAD Mountain Lakes, NJ 07046 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, BILL & ALBERTA 29 SANIT JAMES PLACE Clifton, NJ 07013 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, ED 11 NORTH LIBERTY DRIVE STONY POINT, NJ 10980 | | | | X | X | X | 0.00 |

Sheet no. __42__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ANDERSON, GEORGE 434 LAWRIE STREET Perth Amboy, NJ 08861 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, KATHLEEN 163 CYNTHIA LANE - B6 Middletown, CT 06457 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, MARILYN 5 HAWTHORNE ROAD Old Lyme, CT 06371 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, PAULINE 110 N 38TH STREET Fort Pierce, FL 34947 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANDERSON, PEARL 1 CENTRAL AVENUE & 198 WALNUT STREET Montclair, NJ 07042 | | | | X | X | X | 0.00 |

Sheet no. _43_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
                  **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ANDERSON, ROBERT <br> 140 TARIFFVILLE ROAD <br> Tariffville, CT  06081 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDERSON, RUTH <br> 85 NORTH MAIN STREET <br> EAST HAMPTON, CT  06001 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDERSON, SCOTT <br> 64 SOMERSET STREET <br> West Hartford, CT  06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDERSON, SUSAN <br> 3299 CHURCHILL DRIVE <br> Toms River, NJ  08753 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDERSON, THERESA <br> 714 NINE TIMES ROAD <br> PICKENS, SC  29671 | | | | X | X | X | 0.00 |

Sheet no. __44__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ANDERSON, TIM <br> 529 WATCHUNG AVENUE <br> BLOOMFIELD, NJ 07003 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDERSON-TUNING, CLARENCE <br> 658 TROUTBROOK DRIVE <br> West Hartford, CT 06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDREANO, VINCENT <br> 73 JEFFERSON PLACE <br> Totowa, NJ 07512-2614 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDREASSEN, GARY <br> HANOVER COURT <br> Skillman, NJ 08558 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ANDREWS BLDG CORP <br> 519 BROADWAY, APT C <br> NEW YORK, NY | | | | X | X | X | 0.00 |

Sheet no. __45__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANDREWS, WELDON<br>806 LOCUST STREET<br>Cambridge, MD  21613 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ANDRINI, JAMES<br>62 TALLWOOD DRIVE<br>Southington, CT  06489 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ANDROS, NICHOLAS & SYLVIA<br>83 SINNIGER PLACE<br>Maywood, NJ 07607-1950 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ANDRUTCHUK, ANDREW<br>338 GREENPOND ROAD<br>HIBERNIA, NJ 07842 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ANGELES, ALFREDO<br>14 LLEWLLYN AVENUE<br>West Orange, NJ  07052 | | | | X | X | X | 0.00 |

Sheet no. __46__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
                          Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ANGELINI, SAMANTHA 1272 WINDSOR AVENUE Windsor, CT  06095 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANGER, CINDY 935 GREENWAY ROAD Woodbridge, CT  06525 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANGUILLARE, THERESA 28 FIELDSTONE PATH Newington, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANGUS, BETSY 20 REDSTONE DR SIMSBURY, CT  06089 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Anne M. Gannon Vehicle Registration Section PO Box 3828 West Palm Beach, FL 33402-3828 | | | | | | | 289.05 |

Sheet no. __47__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  289.05

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ANNUNCIATION ROMAN CATHOLIC CH 80 MAIN STREET BLOOMSBURY, NJ 08804 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANS PLASTICS 690 JERSEY AVENUE UNIT 11 New Brunswick, NJ 08901 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANSELMI 100 HIGHLAND AVENUE MONTCLAIR, NJ 07042 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANTAR, NY 1760 2ND AVENUE, 25TH FL NEW YORK, NY 10038 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ANTHONY'S SERVICE STATION 136 EAST MAIN STREET PLAINVILLE, CT 06062 | | | | X | X | X | 0.00 |

Sheet no. __48__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $              0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
             Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANTIN, REBA<br>55 LAKESIDE AVENUE<br>Middletown, CT  06457 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ANTWINE, EDWINA<br>86 EPPIRT STREET<br>EAST ORANGE, NJ  07019 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ANZALDI, KATHY<br>22 STANFORD PLACE<br>Montclair, NJ  07043 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ANZARDO ENTERPRISES, INC.<br>8150 NW 9TH STREET<br>Miami, FL  33166 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>APGAR, DIANNE<br>319 2ND STREET<br>Middlesex, NJ  08846 | | | | X | X | X | 0.00 |

Sheet no. __49__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| APOLITO, ROBERT 774 GOFFLE ROAD HAWTHORNE, NJ | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| APOLLO METALS 944 14TH AVENUE Bethlehem, PA 18018 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| APPAREL FINISHING AMERICA INC 250 BELMONT AVENUE Haledon, NJ 07508 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| APPLE FOOD & GROCERY INC. 100 N MCKINLEY AVE ENDICOTT, NY 13780 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| APPLE RIDGE COUNTRY CLUB 269 E CRESCENT AVENUE Mahwah, NJ 07430 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _50_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| APPLEBAUM, SEYMOUR 329 WEST ENGLEWOOD AVENUE Teaneck, NJ 07666 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| APRAHAM, MILDRED 920 MATIANUCK AVE Windsor, CT 06095 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| APRUZZESE, ANTHONY & KAREN 1504 RAMAPO BRAE LANE Mahwah, NJ 07430 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| APUZZO, MARIO 1137 NORTH HIGH STREET East Haven, CT 06512 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Aramsco PO Box 29 Thorofare, NJ 08086 | | | | | | | 2,379.26 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30086

Sheet no. __51__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,379.26

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| ARANGO, CHRISTIAN 60 SOUTH MUNN AVENUE APT 1102 East Orange, NJ 07018 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ARBAKOV, STEPHEN 655 ALDER COURT YARDLEY, PA 19067 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ARBOR COURT 802 SEMINAR DR. Houston, TX 77060 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ARBOR GREEN WORNERS 5001 LAMONTE Houston, TX 77095 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ARBOR HILL- CAMBRIDGE MGMNT 142 TOTOWA ROAD Totowa, NJ 07512 | | | | X | X | X | 0.00 |

Sheet no. _52_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                          **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARC COMMUNICATIONS <br> 26 ALAIN WHITE STREET <br> Morris, CT  06763 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARC MERCER <br> 8 VANDERVEER AVENUE <br> LAWRENCEVILLE, NJ  08648 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARCHBISHOP STEPINAC HS <br> 950 MAMORONECK AVENUE <br> WHITE PLAINS, NY  10605 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARCHDIOCESE OF NEWARK <br> 171 Clifton Avenue <br> Newark, NJ 07104 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARCHDIOCESE OF NEWARK <br> 404 HUDSON STREET <br> Hoboken, NJ  07030 | | | | X | X | X | 0.00 |

Sheet no. _53_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $        0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
　　　　　　　　　Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ARCHDIOCESE OF NEWARK 89 PARK AVENUE Newark, NJ 07101 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARCHER-GOODE, CORLIS . 12 FARMINGTON MEADOW RD. Farmington, CT 06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARCHIBOLD, ALBERT 495 JELIFF AVENUE Newark, NJ 07112-2634 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARCIERO, MATT 45 STONEY CORNER CIRCLE Avon, CT 06001-2621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARCISZEWSKI, RAY & ELAINE 49 POMEROY AVENUE Madison, NJ 07940 | | | | X | X | X | 0.00 |

Sheet no. __54__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ARCOLA COUNTRY CLUB ROUTE 4 & PARAMUS ROAD PARAMUS, NJ 07653 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARDLEIGH MEWS CONDOS 10 GREEN ACRES DRIVE Verona, NJ 07044 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARENA, MARIE 375 SOUTH LEEDS POINT ROAD Leeds Point, NJ 08220 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARISCO, ALEXANDER & BEVERLY 1583 MARION ROAD Cheshire, CT 06410 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARMENTO, ANTOINETTE 5 PETRO DRIVE Wilmington, DE, 19804 | | | | X | X | X | 0.00 |

Sheet no. __55__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $              0.00

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARMSTRONG, DORIS <br> 200 SEABURY DRIVE <br> UNIT 4188 <br> BLOOMFIELD, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARMSTRONG, MATT <br> 18 RIDGECOURT DRIVE <br> WILLIAMSTON, SC 29697 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARMSTRONG, THOMAS & KELLY <br> 421 OAKLAND AVENUE <br> Egg Harbor Township, NJ 08234 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARNOLD, TOM <br> 10 CASTLE DRIVE <br> WARREN, NJ 07060 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ARNONE, SHAWN <br> 114 THE PARKWAY <br> Harrington Park, NJ 07640 | | | | X | X | X | 0.00 |

Sheet no. __56__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
          Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ARRIGONE, JOHN & MARIANNE 1459 DUNBAR HILL ROAD Hamden, CT  06514 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Arrow Elevator, Inc. 4 Cecelia Court Vernon, NJ 07462 | | | | | | | 1,815.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Arrow Seamless Gutters 93 Morse Town Road West Milford, NJ 07480 | | | | | | | 2,915.00 |
| ACCOUNT NO. | | | | | | | |
| ARTEAGA, GERALDO & CHRISTEN 75 MOZART STREET West Hartford, CT  06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARTESIA TOWNHOMES 406 BUCHANAN Cape Canaveral, FL  32920 | | | | X | X | X | 0.00 |

Sheet no. __57__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 4,730.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
            Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ARTGUILD 300 WOLF DRIVE Thorofare, NJ 08086 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARTHUR NOLL AGENCY 3 BARNARD LANE BLOOMFIELD, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARTHUR, ANDREW 42 HAMILTON ROAD GLEN RIDGE, NJ 07028 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARTIS, MOZELLE 49 DEGRAW AVENUE Teaneck, NJ 07666 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Artistic Hardwood Floors, LLC 322 N. Cherry Street Extension Unit 6 Wallingford, CT 06492 | | | | | | | 865.00 |

Sheet no. _58_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 865.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ARULLO INVESTMENT LLC 3901 SW 112TH AVENUE Miami, FL  33165 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARVEST BANK GROUP, INC. PO BOX 799 Lowell, AR, 72745 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ARYEH, JASON 34 SUMNER STREET Greenwich, CT  06831 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Arzee Supply Corp. 12584 Collections Center Drive Chicago, IL 60693 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ASCENTMEDIA GROUP 250 HARBOR DRIVE Stamford, CT  06902 | | | | X | X | X | 0.00 |

Sheet no. __59__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ASCOT MOTEL <br> 101 SOUTH IOWA AVE & PACIFIC <br> Atlantic City, NJ  08401 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ASENUO, JOSUE <br> 60 COLUMBIA AVENUE, APT 29 <br> Dumont, NJ  07628 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ASEVICA, WILLIAM <br> 14 WILLIAMS DR. <br> ProspeCT CT  06712-1342 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ASHER, GEORGE <br> 1720 NW 20TH AVE, APT 104 <br> PINES OF DELRAY <br> DELRAY, FL  33455 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ASHFORTH, ALBERT B. <br> 50 STAMFORD DRIVE <br> Farmington, CT  06032 | | | | X | X | X | 0.00 |

Sheet no. __60__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
            **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ASHLEY, FURMAN 190 TORNADO ROAD Greenville, SC 29611 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ASHLEY, SOPHIA 192 LINCOLN AVENUE Orange, NJ 07050 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ASHMAN, CATHERINE 5 ROOSEVELT PLACE, UNIT 4O MONTCLAIR, NJ 07042 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| ASM Electric, Inc. 718 Jefferson Avenue Kenilwroth, NJ 07033 | | | | | | | 912.50 |
| ACCOUNT NO. | | | | | | | |
| ASPEN SQUARE MANAGMENT 1527 FLANDERS ROAD JACKSONVILLE, FL 32207 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

Sheet no. __61__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     912.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,  Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ASSUMPTION SCHOOL <br> 605 STRATFORD ROAD <br> Fairfield, CT 06825 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> Assured Software Limited <br> 200-532 Leon Avenue <br> Kelowna, BC V1Y 6J6 | | | Consideration: Trade debt | | | | 7,086.65 |
| ACCOUNT NO. <br> AT&T <br> PO Box 105262 <br> Atlanta, GA 30348-5262 | | | Consideration: Trade debt | | | | 564.15 |
| ACCOUNT NO. <br> AT&T <br> PO Box 8110 <br> Aurora, IL 60507-8110 | | | Consideration: Trade debt | | | | 64.31 |
| ACCOUNT NO. <br> ATALLAH, DEAN <br> 27 RIDGE ROAD <br> Tenafly, NJ 07670 | | | | X | X | X | 0.00 |

Sheet no. _62_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 7,715.11

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                            **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ATCO PROPERTIES 71-19 80TH STREET GLENDALE, NY 11385 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ATHEY, CAROLYN 8885 22ND STREET Vero Beach, FL 32966 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ATHIAYDE, OWEN 187 NEW MILFORD AVE Dumont, NJ 07628 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ATKIN, ISRAEL 16 HAMLIN AVENUE Edison, NJ 08817 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ATLANTA FLOOD 22 RIVERVIEW DRIVE Wayne, NJ 07470 | | | | X | X | X | 0.00 |

Sheet no. __63__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $           0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ATLANTIC CITY MEDICAL CENTER JIMMY LEEDS ROAD POMONA, NJ 08240 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ATLANTIC INVESTMENT 4000 WEST ATLANTIC BOULEVARD VERO BEACH, FL | | | | X | X | X | 0.00 |
| ACCOUNT NO. ATLANTIC TOWERS/ NELSON MAN 249 THOMAS BOYLAND STREET Brooklyn, NY 11233 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ATLAS, LESLEY & RICH 22 GREEN VALLEY DRIVE Green Brook, NJ 08812-2036 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ATLAS, SHIRLEY 1361 NW 20TH AVE DELRAY BEACH, FL 33445 | | | | X | X | X | 0.00 |

Sheet no. __64__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ATO, MELVIN<br>262 NEPTUNE AVENUE<br>Jersey City, NJ 07305 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ATTANASIO, MICHELE<br>33 JARED BOULEVARD<br>Kendall Park, NJ 08824 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>ATWOOD, JIM<br>1925 GARDEN GROVE CIRCLE<br>Vero Beach, FL 32962 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>AUGHENBAUGH, MICHAEL<br>91 GREENSWARD WAY<br>CHERRY HILL, NJ 08002 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>AUPERIN, LINCOLN<br>40 SHANDRA LANE<br>TOLLAND, CT 06084 | | | | X | X | X | 0.00 |

Sheet no. _65_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $            0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
              Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AURELI, MARIO 107 HARPERS FERRY RD Waterbury, CT 06705 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AUSTIN 432 EAST 5TH STREET PLAINFIELD, NJ 07060 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AUTO FACTORY, INC 460 TAUNTON AVENUE East Providence, RI, 02914 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AUTO LLC 25 STILES LANE North Haven, CT 06473 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AUTO WORKS OF DEVON 409 BRIDGEPORT AVENUE Milford, CT 06460 | | | | X | X | X | 0.00 |

Sheet no. __66__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| AUTOMATED BUILDING SYSTEMS 110 HUNTINGTON AVENUE Boston, MA 02116 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | Consideration: Litigation plaintiff | | | | |
| Automatic Suppression & Alarm Systems, Inc. 67 Ramapo Valley Road Mahwah, NJ 07430 | | | | X | X | X | 59,418.00 |
| **ACCOUNT NO.** | | | Consideration: Litigation plaintiff | | | | |
| Automatic Suppression & Alarm Systems c/o Brian T. Higgins, Esq. Norton, Sheehy, Higgins & Rosa, PC Woodland Park, NJ 07424 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| AUTRY, DONNA 242 KITTIWAKE LANE Boiling Springs, SC 29316 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| AVANTI SALON & SPA 345 RT 9 SOUTH MANALAPAN, NJ 07726 | | | | X | X | X | 0.00 |

Sheet no. _67_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $    59,418.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AVANTI TECH 756 VAN HOUTEN AVENUE Clifton, NJ  07013 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AVEIRO, OSVALDO 605 DONALD AVENUE PERTH AMBOY, NJ | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AVERY, ROSEMARY 7 MEETINGHOUSE ROAD Granby, CT  06035 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AVERY, WENDY 2 BOSWELL RD. W Hartford, CT  06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| AVIZZANO 822 JUNIPER WAY MAHWAH, NJ  07430 | | | | X | X | X | 0.00 |

Sheet no. __68__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. AVON HIGH SCHOOL 510 WEST AVON ROAD Avon, CT  06001 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AVON OLD FARM SCHOOLS 500 OLD FARMS ROAD Avon, CT  06001 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AVON OLD FARMS INN 1 NOD ROAD Avon, CT  06001 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AVONDOGLIO, VICTOR C 350 ANDOVER PARTA ROAD Andover, NJ  07821 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AW Meyer Company, Inc. 509 Broad Avenue Ridgefield, NJ 07657 | | | Consideration: Trade debt | | | | 516.02 |

Sheet no. __69__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 516.02

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AWESOME CLOTHING OUTLET<br>5 WATER STREET<br>SOUTH RIVER, NJ 08882 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>AXBERG, GEORGE<br>133 LAKE DRIVE WEST<br>WAYNE, NJ 07040 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>AXELRAD/ZUCK<br>4774 US HIGHWAY 9 SOUTH<br>Howell, NJ 07731 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>AYALA, ANTONIO<br>137 BARRY RD<br>Manchester, CT 06040 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>AYALA, THERESA<br>679 11TH AVENUE<br>PATERSON, NJ 07514 | | | | X | X | X | 0.00 |

Sheet no. _70_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 0.00
Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. AYOUB, BARBARA 53 BELAIRE CIRCLE WINDSOR LOCKS, CT  06096 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AZARY, EDWARD 35 EAST 46TH STREET Bayonne, NJ  07002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. AZZARELLO, KAREN 222 PEAS ROAD MANALAPAN, NJ 07724 | | | | X | X | X | 0.00 |
| ACCOUNT NO. B & G FLEETING 241 COMPANY CANAL ROAD BOURG, LA, 70343 | | | | X | X | X | 0.00 |
| ACCOUNT NO. B & G PARTNERS 529 EAST HIGHWAY 98 DESTIN, FL | | | | X | X | X | 0.00 |

Sheet no. __71__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                   Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>B STREET ASSOCIATES<br>3039 B STREET<br>Philadelphia, PA  19134 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>B&P REALTY<br>680 C RIVER ROAD<br>NEW MILFORD, NJ  07646 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BAACH, STEVEN<br>7711 THORNLEE DRIVE<br>Lake Worth, FL  33467 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BABBIT, STEPHANIE<br>35 PROSPECT RD.<br>WESTPORT, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BABCOCK<br>38 STATE ROUTE 23 NORTH<br>MONTAGUE, NJ 07827 | | | | X | X | X | 0.00 |

Sheet no. _72_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $         0.00

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BABCOCK, STUART 200 SEABURY DRIVE UNIT 3187 BLOOMFIELD, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BABICH, RON 35 SUN MOUNTAIN STREET Califon, NJ 07830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BABIES R US 559 NEW BRITAIN AVENUE W Hartford, CT 06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BABY STYLE STORE 125 WESTCHESTER AVE WESTCHESTER MALL White Plains, NY 10601 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BACH, ANN 63 NORTH MAIN STREET Essex, CT 06426 | | | | X | X | X | 0.00 |

Sheet no. _73_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
          Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BACH, GARY 725 PARK AVENUE HOBOKEN, NJ | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BACHA, BRAHIM 457 CLINTON ROAD Wyckoff, NJ 07481 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BACHOO RICHARD 77 RUMFORD STREET WEST HARTFORD, CT 06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BACK, CHARLIE 224 WELTON STREET Hamden, CT 06517 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BACK, CHARLIE 2 SHELL BEACH ROAD UNIT #2 East Haven, CT 06512 | | | | X | X | X | 0.00 |

Sheet no. _74_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                 **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BACKMAN, JANET <br> 49 NORTH MAIN ST <br> Terryville, CT  06786 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> BADAAN, AMIR & CAROL <br> 52 SEMINOLE AVENUE <br> Wayne, NJ  07470 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> BADIOLA, CARLOS <br> 55 SHEEP HILL ROAD <br> West Hartford, CT  06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> BADIOLA, CARLOS <br> 5 NORTHMOOR ROAD <br> West Hartford, CT  06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> BAGATELLE, SHARON <br> 52 WALSH DRIVE <br> Mahwah, NJ  07430 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

Sheet no. __75__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,   Case No. _____
              Debtor .                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BAGEL BOY 214 ROUTE 59 Suffern, NY 10901 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAGLIONE, DEBBIE 65 RIVER EDGE DRIVE Fairfield, NJ 07004 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAHA MAR ASSOCIATION KEYSTONE PROPERTY MGT 1717 20TH ST. SUITE 102 VERO BEACH, FL 32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAHRE, DAVID 17 GUILD STREET Enfield, CT 06082 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAIG, JACK & MARY 32 BELL AVENUE Saddle Brook, NJ 07663 | | | | X | X | X | 0.00 |

Sheet no. __76__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAILEY ELLARD<br>205 MADISON AVENUE<br>MADISON, NJ 07940 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BAILEY, BETTY<br>102 AMMONS WAY<br>Easley, SC 29640 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BAILEY, CHARLES W.<br>385 13TH AVENUE<br>Vero Beach, FL 32962 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BAILEY, JIM<br>105 PRICE BLVD<br>WEST HARTFORD, CT 06119 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BAILEY, SEAN & BARBARA<br>72 GLEN AVENUE<br>West Orange, NJ 07052 | | | | X | X | X | 0.00 |

Sheet no. __77__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BAILOWITZ, ANDREA <br> 501 HOWARD STREET <br> WASHINGTON TOWNSHIP, NJ 07676 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BAIN, ART <br> 213 PELZER AVENUE <br> WILLIAMSTON, SC  29697 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BAINTER, PHIL <br> 628 AIRLINE <br> ANDERSON, SC  29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BAIRD, WOODY <br> 141 BLUFF PAOINT RD. <br> SOUTH GLASTONBURY, CT 06073 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BAIS YAAKOV CHOFETZ SCHOOL <br> 186 SADDLE RIVER ROAD <br> MONSEY, NY  10907 | | | | X | X | X | 0.00 |

Sheet no. __78__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $   0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                     Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BAISDEN/SHIRLEY 416 EAST 4TH AVENUE Roselle, NJ 07203 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAJGIER, PAUL 16R SOVEREIGN RIDGE Cromwell, CT 06416 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAKER, DEIRDRE 1159 INWOOD PLACE Plainfield, NJ 07062 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAKERVILLE CONSOLIDATED 51 CEDAR LANE New Hartford, CT 06057 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAKERY VILLAGE RPM DEVELOPMENT 77 PARK STREET Montclair, NJ 07042 | | | | X | X | X | 0.00 |

Sheet no. _79_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                 **Debtor**                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BALAMURUGAN, KALIYA <br> 23 PEPPER BUSH LANE <br> NEWINGTON, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BALD EAGLE HALL <br> PO BOX 1 <br> Ringwood, NJ  07456 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BALD EAGLE MANOR <br> KAHILL CROSSING RD <br> West Milford, NJ  07480 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BALDINI, MARY <br> 789 KINGLAND AVENUE <br> RIDGEFIELD, NJ 07657 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BALISCIANO, JESSICA <br> 31 FREEMONT ST. <br> MERIDEN, CT  06451 | | | | X | X | X | 0.00 |

Sheet no. __80__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.. ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BALL ENTERPRISES JOHN'S HOME AND GARDEN CENTER 2850 ROUTE 23 SOUTH NEWFOUNDLAND, NJ 07435 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BALL, JOSEPH 11 KRAMMER AVENUE WEST CALDWELL, NJ 07006 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BALL, JUDITH 321 POMPTON AVENUE POMPTON LAKES, NJ | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BALLESTEROS, MARIE 12 WEST 10TH STREET Bayonne, NJ 07002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BALME, JOHN 164 SEA BIRD LANE Belford, NJ 07718 | | | | X | X | X | 0.00 |

Sheet no. _81_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $        0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BALULA, CARLOS & GRACE 20 PROSPECT HILL DRIVE East Windsor, CT 06088 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAMCO, INC. 111 WOOD AVENUE Middlesex, NJ 08846 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BANAS, ZEN 523 MAIN STREET Little Falls, NJ 07424 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BANCROFT, JOSEE 8 CENTRAL AVENUE Groton, CT 06340 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BANERJEE, SWEPNA 9 LOHMAN ROAD MORRISTOWN, NJ 07960 | | | | X | X | X | 0.00 |

Sheet no. _82_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BANEVICIUS, LINAS<br>6 BIDWELL FARM ROAD<br>COLLINSVILLE, CT  06019 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BANK OF NEW YORK, LYNDHURST<br>1 STUYVESANT AVENUE<br>LYNDHURST, NJ  07071 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BANK OF NEW YORK, RIDGEFIELD<br>585 BROAD STREET<br>RIDGEFIELD, NJ  07657 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BANK OF NEW YORK:OAKLAND<br>345 RAMAPO VALLEY ROAD<br>OAKLAND, NJ  07436 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BANK OF NY: CLIFTON<br>963 VAN HOUTEN AVENUE<br>CLIFTON, NJ  07012 | | | | X | X | X | 0.00 |

Sheet no. __83__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BANK OF NY: ENGLEWOOD 50 GRAND AVENUE ENGLEWOOD, NJ 07631 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BANK OF NY: N ARLINGTON 23 RIDGE AVENUE N ARLINGTON, NJ 07031 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BANK OF NY: RIDGEWOOD 23 EAST RIDGEWOOD AVENUE RIDGEWOOD, NJ 07450 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BANK OF NY: SECAUCUS HARMON MEADOWS SECAUCUS, NJ 07094 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BANK OF NY: WEST PATERSON 385 RIFLE CAMP ROAD WEST PATERSON, NJ 07424 | | | | X | X | X | 0.00 |

Sheet no. __84__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                        **Debtor**                                                                        **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BANK OF NY:HACKENSACK 94 STATE STREET HACKENSACK, NJ | | | | X | X | X | 0.00 |
| ACCOUNT NO. BANK OF NY:JERSEY CITY 2 JOURNAL SQUARE JERSEY CITY, NJ  07303 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BANK OF NY:NORTH BABYLON 35 WOODS ROAD NORTH BABYLON, NY | | | | X | X | X | 0.00 |
| ACCOUNT NO. BANK OF NY:NORWOOD 581 BROADWAY NORWOOD, NJ  07648 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BANK OF NY:WALL TWNSHP ROUTE 138 & NEW BEDFORD RD Wall, NJ  07719 | | | | X | X | X | 0.00 |

Sheet no. __85__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                     Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BANK OF NY:WALLINGTON<br>2 MOUNT PLEASANT AVENUE<br>Wallington, NJ 07057 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Banks, Audrey<br>308 North Buncombe Road<br>Greer, SC 29651 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BANKS, JOE<br>104 CACHE CAY<br>Vero Beach, FL 32962 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BANKS, TANYA<br>40 MEAD STREET<br>Newark, NJ 07106 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BANNER, RHONDA<br>350 PROSPECT AVENUE<br>HACKENSACK, NJ 07601 | | | | X | X | X | 0.00 |

Sheet no. __86__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BANTA PROPERTIES 148 NE 39TH STREET OAKLAND PARK, FL  33309 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAPTIST TEMPLE CHURCH 118 WEST 116TH STREET New York, NY  10026-2509 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAR W/NO NAME 115 ASYLUM AVE HARTFORD, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARA, ANTOINETTE 7 JOHN DRIVE West Springfield, MA  01089 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARADARIN, SHAMSY 62 SNYDER ROAD Englewood Cliffs, NJ  07632 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __87__ of __1575__ continuation sheets attached      Subtotal ➤ | $ | 0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                    Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
               Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BARANCHIK, PAUL & JOANNE 101 CASON AVENUE TAYLORS, SC 29687 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARANOWSKI, EVA 79 BOLTON STREET Hartford, CT 06114 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARB- SALAPATA BARBARA 106 TIMBER LANE Levittown, PA 19054 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARBARA, LAUREN 281 DALE ROAD Wethersfield, CT 06090 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARBATI, JOE 9211 SAVANNAH ESTATES DRIVE Lake Worth, FL 33467 | | | | X | X | X | 0.00 |

Sheet no. __88__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     0.00

Total ➤ $     

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
           Debtor                                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>BARCIA BROTHERS FENCE COMPANY<br>514 RIVER ROAD<br>GARFIELD, NJ 07026 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>BARCIKOWSKI, JEFFREY<br>62 LEDGEWOOD DRIVE<br>Glastonbury, CT 06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>BAREFOOT LANDING<br>5809 SWIFT LANE<br>North Myrtle Beach, SC 29582 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>BARKLEY, MARY LOU<br>566 FARMINGTON AVENUE<br>NEW BRITAIN, CT 06053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>BARLOW, PETER<br>183 JEROME AVE<br>BURLINGTON, CT 06013 | | | | X | X | X | 0.00 |

Sheet no. __89__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BARLOW, WENDY 7294 NW 39TH STREET CORAL SPRINGS, FL  33065 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARNA, CAROL 348 GRANT ST Phillipsburg, NJ  08865 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARNARD, CLAIRE 200 SOUTH TERRACE Boonton, NJ  07005 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARNEGAT VILLAGE SQUARE 912 WEST BAY AVENUE Barnegat, NJ  08005 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARNES & NOBLE 175 GLASTONBURY BOULEVARD Glastonbury, CT  06033 | | | | X | X | X | 0.00 |

Sheet no. __90__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BARNES & NOBLE <br> 360 CONNECTICUT AVENUE <br> Norwalk, CT  06854 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BARNES, JIM & MARY <br> 514 ROPER MOUNTAIN COURT <br> GREENVILLE, SC  29615 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BARNETT, BARBARA & DEWEY <br> 31 WOOSTER AVENUE <br> Stratford, CT  06615 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BARNS , MERRIAM <br> 36 HUNTER DR. <br> WEST HARTFORD, CT  06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BARON BUILDERS <br> 2338 EAST 1ST <br> Brooklyn, NY  11223 | | | | X | X | X | 0.00 |

Sheet no. __91__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 0.00

Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                              **Debtor**                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BARON'S STEAK HOUSE 168 WHITE HORSE PIKE CLEMENTON, NJ 08021 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARONFELD, ERIC 462 ELLIS PLACE WYCKOFF, NJ 07481-1836 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARR, WILLIAM 202 BEECHWOOD ROAD Ridgewood, NJ 07450 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARRAZA, MARINO 15 MAIN STREET STANHOPE, NJ 07874 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARRETO, CHRISTIAN 24 WAGARAW BOULEVARD PROSPECT PARK, NJ 07508-1929 | | | | X | X | X | 0.00 |

Sheet no. _92_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BARRETT & MOTTOLA 244 CHESTNUT STREET NUTLEY, NJ 07110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARRETT, BETSY 41 DOGWOOD LANE Jewett City, CT 06351 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARRETT, JANE 139 IVANHOE DRIVE Paramus, NJ 07652-4113 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARRIEAU, GERALD 47 SOBY DRIVE West Hartford, CT 06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BARRIEAU, GERARD 124 STOCKING MILL RD. WETHERSFIELD, CT 06109 | | | | X | X | X | 0.00 |

Sheet no. _93_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Barry Pesin 332 Meadowbrook Avenue Ridgewood, NJ 07450 | | | Consideration: Litigation Plaintiff | X | X | X | 0.00 |
| ACCOUNT NO. BARSIK, MIKE 62 BUSCHMANN AVENUE Haledon, NJ 07508 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARTH, CHRISTOPHER 820 SUNRISE BOUELVARD FORKED RIVER, NJ 08731-3022 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARTH, RUTH 189 SHADY LANE HAMILTON, NJ 08619 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARTKOVICH, SHARON 145 UNION HILL ROAD MANALAPAN, NJ 07726 | | | | X | X | X | 0.00 |

Sheet no. __94__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $   0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                  Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BARTLETT, MARY 151 EDWARDS ST CLIFTON, NJ 07013 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARTLEY, GUY. 26 GEORGIA STREET CRANFORD, NJ 07016 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARTON, JAMES 35 WINTERGREEN DRIVE Quaker Hill, CT 06375 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BARULLI, JOSEPH & MARTHA 17 CHARNES DRIVE East Haven, CT 06513 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BASCHETTI, MICHAEL 87 STEUBEN AVENUE Westwood, NJ 07675 | | | | X | X | X | 0.00 |

Sheet no. 95 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,         Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BASILE, HENRY 46 OUTLOOK AVENUE Budd Lake, NJ  07828 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BASS, RJK 750 ATLANTIC CITY BLVD Bayville, NJ  08721 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BASSANI, AL 866 18TH AVENUE Vero Beach, FL  32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BASSETT, DAVID 168 RHODES RD. TOLLAND, CT  06084 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BASSINI, KEVIN 18 AVENUE OF TWO RIVERS Rumson, NJ  07760 | | | | X | X | X | 0.00 |

Sheet no. __96__ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                    **Debtor**                                                  **(If known)** .

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| BASSOCK, BRUCE & DONNA 180 RIVERBANK ROAD Stamford, CT 06903 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| BATALAS INDUSTRIES, INC. 5110 STATE HIGHWAY 33 WALL TOWNSHIP, NJ 07727 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| BATLAN, LAWRENCE & FRAN 55 TANCIN LANE CLIFTON, NJ 07013 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| BATTAGLIA, PETER 91 POMEROY ROAD Madison, NJ 07940 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| BATTAPAGLIZ, MICHAEL 424A MAIN STREET, #8 Ridgefield, CT 06877 | | | | X | X | X | 0.00 |

Sheet no. _97_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BATTISTA, JOHN 29 FORD COURT BERGENFIELD, NJ 07621-2409 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BATURAY, OMAR 117 OVERLOOK ROAD ANDOVER, NJ 07860 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAUCHKE, GEORGE 48 TILT STREET Haledon, NJ 07508 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAUER, KIM 132 IVES HILL ROAD Goshen, CT 06756 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAUTISTA, SALVADOR 76-78 STACK STREET Middletown, CT 06457 | | | | X | X | X | 0.00 |

Sheet no. __98__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $                0.00

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BAX GLOBAL 9031 TRADEPORT DRIVE Orlando, FL 32827 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAXTER TERRACE BUILDING #10 181 JAMES STREET Newark, NJ 07103-4020 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAXTER, JOHN 69 NECK ROAD Old Lyme, CT 06371 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAY POINTE AT CORTEZ 4850 52ND ST WEST Bradenton, FL 34210 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAY STATE PLACE 414 CHESTNUT STREET Springfield, MA 01104 | | | | X | X | X | 0.00 |

Sheet no. _99_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,       Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BAY STREET SQUARE-DIAMOND TROPIC PROPERTIES 14070 US HIGHWAY 1 Sebastian, FL 32958 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAYDEN, JEFFERY & LINDA 7 CEDARHILL DRIVE Morristown, NJ 07960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAYEUR, LYNN 15 EDGEWOOD DR ENFIELD, CT 06082 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAYLEY ELLARD 205 MADISON AVENUE Madison, NJ 07940 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAYOMI, BRENDA 200 IRVINGTON AVENUE Somerset, NJ 08873 | | | | X | X | X | 0.00 |

Sheet no. 100 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bayonne Local Redevelopment Authority The Peninsula & Bayonone Harbor Route 440 North, Bldg. 51, Unit 21 Bayonne, NJ 07002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAYONNE LOCAL REDEVELOPMENT AUTHORITY ROUTE 440 @ 32ND STREET BUILDING 82 BAYONNE, NJ  07002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAYOU LANDING 50 BROADWAY 4TH FLOOR New York, NY  10004 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAYSTATE PLACE 414 CHESTNUT STREET Springfield, MA  01104 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BAZENAS, WALLY 78 MOUNTAIN TERRACE ROAD West Hartford, CT  06107 | | | | X | X | X | 0.00 |

Sheet no. __101__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
            Debtor                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BEACER, KEVIN <br> 7312 BORDWINE DRIVE <br> Orlando, FL 32818 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BEARSE, REBECCA <br> 40 KINGSBURY LANE <br> Glastonbury, CT 06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BEATTY , KATHRYN <br> 13 WYNDERMERE RD. <br> BLOOMFIELD, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BEATY, BRADLY <br> 58 GREENBROOK DRIVE <br> BLOOMFIELD, NJ 07003 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BEAUCHAMP, SUZANNE <br> 2464 NORTHEAST ROBERTA STREET <br> Jensen Beach, FL 34957 | | | | X | X | X | 0.00 |

Sheet no. 102 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $         0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
　　　　　　　　Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BEAUMONT, GREG  50 PARKWAY  Little Falls, NJ 07424 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BEAUMONT, SANDRA .  153 PAYETTE AVENUE  Wayne, NJ 07470 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BEAUTY CONNECTIONS  128 WATCHUNG AVENUE  Montclair, NJ 07043 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BEAUTY ENTERPRISES  150 MEADOW STREET  Hartford, CT 06114 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BEC MANUFACTURING CORP  3 ROSOL LANE  Saddle Brook, NJ 07663 | | | | X | X | X | 0.00 |

Sheet no. _103_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $　　　0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BECERRA, JULIO & CONSUELO 379 MAYHILL STREET SADDLE BROOK, NJ 07663-4628 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BECK, DEBRA 572 MOUNTAIN AVENUE WASHINGTON TWP, NJ 07882 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BECK, ELIZABETH 101 Robin Ridge Circle Piedmont, SC 29673 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BECK, RONALD 111 EAST 70TH STREET NEW YORK, NY 10021 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BECKER HOLDING CORP. 2627 SOUTH JENKINS ROAD Fort Pierce, FL 34981 | | | | X | X | X | 0.00 |

Sheet no. _104_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BECKER, JODY 10 BAINTREE DRIVE West Hartford, CT  06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BECKIUS, RAMONA 46 GADDAUDET DRIVE West Hartford, CT  06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BECKLER, SHAWN 12 THREE GABLES ROAD Morristown, NJ  07960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BEDDINGFIELD, WILLIAMS 613 GLENWOOD AVENUE Anderson, SC  29625 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BEDNARCZYK, ARLETTA 223 ADRION AVENUE Newington, CT  06111 | | | | X | X | X | 0.00 |

Sheet no. __105__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                           Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BEGIN ,MARC <br> 266 JOBS HILL RD. <br> ELLINGTON, CT  06029 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BEGIN, MARK <br> 4 BEDFORD COURT <br> Farmington, CT  06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BEHRMANN, WALTER <br> 11 MITCHEL PLACE <br> Little Silver, NJ  07739 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BEISWENGER, GARY <br> 1116 LAKE TERRACE, UNIT 109 <br> LAKE PARK, FL  33403 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELAL, KAZI <br> 40 SUNNYSIDE DRIVE <br> NORTHFORD, CT | | | | X | X | X | 0.00 |

Sheet no. 106 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $       0.00

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                      **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BELARDO, JOHN <br> 506 NAUTICAL LANE <br> Ocean City, MD  21842 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL CONTAINER CORP <br> 615 FERRY STREET <br> Newark, NJ  07105 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL FOOD SERVICES <br> 98 COMMERCE STREET <br> Glastonbury, CT  06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL, ANTHONY <br> 70 BUTTERNUT CIRCLE <br> WETHERSFIELD, CT  06109 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL, IRRICCA BRIGHTHARP <br> 311 OLIVARRI DRIVE <br> Anderson, SC  29621 | | | | X | X | X | 0.00 |

Sheet no. _107_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BELL, MABLE <br> 235 BUTLER ROAD <br> WILLIAMSTON, SC 29697 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL, SALLY <br> 1077 SUMMERTON STREET <br> Lady Lake, FL 32162 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL, SUZANNE <br> 629 ALACCI WAY <br> Rivervale, NJ 07675-6351 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL, V. <br> 133 NILAN ST <br> HARTFORD,, CT 06106 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BELL/SIMONS COMPANY <br> 40 RAILROAD AVENUE <br> ALBANY, NY 12205 | | | | X | X | X | 0.00 |

Sheet no. _108_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $          0.00

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Bella Casa Floor and Home Fashions 256 South Summit Avenue Hackensack, NJ 07601 | | | | | | | 2,112.00 |
| ACCOUNT NO. | | | | | | | |
| BELLAIRE GARDENS 50 BROADWAY 4TH FLOOR New York, NY 10004 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BELLANTE, ROY 135 BLACKS ROAD Cheshire, CT 06410 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BELLE AMI CORP 970 FARMINGTON AVENUE WEST HARTFORD, CT 06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BELLEAU, KAREN 2145 SHEPARD AVENUE Hamden, CT 06518 . | | | | X | X | X | 0.00 |

Sheet no. 109 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 2,112.00

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BELLERAND, SHELLY & DARIN<br>272 KINDERKAMACK ROAD<br>EMERSON, NJ 07630 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>BELLINGRATH, ELIZABETH<br>4 DRURY LANE<br>WEST HARTFORD, CT  06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>BELLIS, RUSS<br>531 KEMAH ROAD<br>FRANKFORT TWNSHP, NJ  07826 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>BELLIVEAU, ROBERT<br>98 GRENNEN RD<br>WEST HARTFORD, CT  06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>BELLOVITZ, CATHERINE<br>801 SPAR AVENUE<br>BEACHWOOD, NJ 08722 | | | | X | X | X | 0.00 |

Sheet no. 110 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Belton Woods 110 Howard Lane Bldg 7, Unit B Anderson, SC 29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENCEY, JOHN 14119 CISNEY CIRCLE Fort Pierce, FL 34951 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENDER, CHRIS 75 PUTNAM STREET PATERSON, NJ 07510 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENDER, CHRIS & GAIL 11 THOROUGHBRED DRIVE BRANCHBURG, NJ 08876 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENDER, SCOTT 1001 EAST HECTOR STREET Conshohocken, PA 19428 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _111_ of _1575_ continuation sheets attached        Subtotal ➤   | $ | 0.00 |
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                              Total ➤   | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                    **Debtor**                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BENDZA, JOSEPHINE  211 LAWLOR ST.  New Britain, CT  06051 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BENEDETTI, MICHAEL  54 EAST GALE LANE  Hamden, CT  06514 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BENEDETTO, DOUG  12 SACHEM RD  WESTBROOK, CT  06498 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BENET, LISA  50 HUNTER DRIVE  West Hartford, CT  06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  BENIUK, OLGA  599 CLIFTON AVENUE  Clifton, NJ  07011 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __112__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BENJAMIN, DOROTHY 690 KENT DR. GAYLORDSVILLE, CT 06755 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENJAMIN, JAMES 45 GLENWOOD ROAD Fanwood, NJ 07023 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENNET, WILLIAM 263 OVERLOOK DRIVE Greenwich, CT 06830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENNETT, BRUCE 40 PINE STREET CLOSTER, NJ 07624 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENNETT, CHRISTOPHER 425 ASH STREET Willimantic, CT 06226 | | | | X | X | X | 0.00 |

Sheet no. __113__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0.00
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BENNETT, DANIEL 1401 CLUB DRIVE SOUTH Vero Beach, FL  32968 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BENNETT, KATHY 81 HAROLD DRIVE Farmington, CT  06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BENNETT, TIMOTHY 6 MIDLAND BOULEVARD Maplewood, NJ  07040 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BENNETT, VALENCIA 55 BIDWELL STREET EAST HARTFORD, CT 06108 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BENNINGTON, MAERIL 10 LEBANON ROAD Amston, CT  06231 | | | | X | X | X | 0.00 |

Sheet no. __114__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Benoit Greg<br>5 Overbrook Road<br>East Lyme, CT 06333 | | | Consideration: Expense Reimbursement | | | | 180.00 |
| ACCOUNT NO.<br><br>BENOIT, IRMA<br>209 JANE STREET<br>Weehawken, NJ 07086 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BENSEN, SHAWN<br>3 FIDELIAN WAY<br>LINCOLN PARK, NJ 07035 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BENSON, WILLIAM & LOUISE<br>548 FERRY STREET<br>New Haven, CT 06513 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BENTLEY HOTEL<br>AMSTERDAM HOSPITAL<br>500 EAST 62ND STREET<br>NEW YORK, NY 10065 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _115_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $    180.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BENVENUTO, CHRISTINA 283 MAIN STREET, APT C4 Farmington, CT 06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BENZ, PAUL 260 PETTERVULLE ROAD Chester, NJ 07930 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BEPKO, RICH 21 POMONA AVE. MILFORD, CT 06460 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BERCK, MARTIN 604 RAMAPO ROAD Teaneck, NJ 07666 | | | | X | X | X | 0.00 |
| ACCOUNT NO. BERCOVICI, RACHEL 17 SHORT STREET Edison, NJ 08817 | | | | X | X | X | 0.00 |

Sheet no. _116_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 0.00 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BERGAMINO, JOANNE 1595 33RD AVENUE Vero Beach, FL 32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERGEN DELI & CATERING INC. 280 PASCACK ROAD WASHINGTON, NJ 07676 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERGEN JAGUAR 666 ROUTE 17 NORTH Paramus, NJ 07652 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERGENFIELD PHARMACY 332 SO WASHINGTON AVENUE Bergenfield, NJ 07621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERGER, MARTIN 2905 BRONSON ROAD Fairfield, CT 06825 | | | | X | X | X | 0.00 |

Sheet no. __117__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BERGH, EVA 11 MAXINE RD PLAINVILLE, CT  06062 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERKELEY, DALERO 111 DEAN ROAD Anderson, SC  29625 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERKSHIRE CONSTRUCTION 3301 SOUTH COUNTY TRAIL East Greenwich, RI, 02818 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERLIN, KENNETH & SUSAN 55 SOURLAND HILL ROAD Skillman, NJ  08558 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERMAN, BONNIE 314 FORT LEE RD LEONIA, NJ  07605 | | | | X | X | X | 0.00 |

Sheet no. _118_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BERMAN, ELIZABETH <br> 55 BROOKHAVEN DRIVE <br> Glastonbury, CT 06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BERMAN, RITA <br> 1149 SUMMERTON STREET <br> THE VILLAGES <br> Lady Lake, FL 32162 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BERNARD CHAUS, INC. <br> 800 SECAUCUS ROAD <br> Secaucus, NJ 07094 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BERNARD, NANCY <br> 1127 WEST RIVERSIDE DRIVE <br> Mays Landing, NJ 08330 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BERNEY <br> 280 SOUTH PROSPECT AVENUE <br> BERGENFIELD, NJ 07621 | | | | X | X | X | 0.00 |

Sheet no. 119 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BERNIER, ELAINE 19 SOUTH RIDGE ROAD Farmington, CT  06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERRIE, ANGELICA. 510 PRISCILLA LANE ENGLEWOOD, NJ  07631 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERRILLA, LISA 57 TIMBER TRAIL East Hartford, CT  06118 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Berry Network c/o Diversified Credit Services, Inc. PO Box 21726 Cleveland, OH 44121 | | | | | | | 28,833.32 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Berry Network, Inc. Attn:  Accounts Receivable PO Box 710909 Cincinnati, OH 45271 | | | | | | | 8,837.22 |

Sheet no. _120_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $            37,670.54

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                  Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BERRY, HARRY 450 BLOOMFIELD AVENUE Bloomfield, CT  06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERTELMAN, WILLIAM 1568 HIGHWAY 138 WALL TOWNSHIP, NJ  07719 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERTINUSON, TORVALD 200 SEABURY DRIVE UNIT 4187 BLOOMFIELD, CT  06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BERTRAND, SCOTT 14 DEAN DR East Hartford, CT  06118 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BESNOY, CRAIG 17 JOHN STREET Demarest, NJ  07627 | | | | X | X | X | 0.00 |

Sheet no. _121_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $            0.00

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BESS 149 S LETH AVENUE Roselle, NJ 07203 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BESSELMAN, DAVE 3 MILLER DRIVE Avondale, PA 19311 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Best Removal, Inc. 450 S. Sriver Street Hackensack, NJ 07601 | | | | | | | 8,885.00 |
| ACCOUNT NO. | | | | | | | |
| BETANCOURT, LUZ 155 RANDAL AVENUE West Hartford, CT 06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETANCOURT, TATIANA 19 BRIDGE STREET New Milford, CT 06776 | | | | X | X | X | 0.00 |

Sheet no. __122__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ | 8,885.00

Total ► $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BETASHIM 11 PROGRESS DRIVE Shelton, CT  06484 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETH ALOM CEMETARY ASSOC. 48 ALLEN STREET New Britain, CT  06053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETH GROSSMAN 10422 NORTHWEST 24TH PLACE BUILDING 209, UNIT 208 SUNRISE LAKES, FL  33322 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETHANY COMMONS PO BOX 8506 Red Bank, NJ  07701 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETHANY GROUP 1920 MAIN STREET Irvine, CA  92614 | | | | X | X | X | 0.00 |

Sheet no. __123__ of __1575__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bethea, Frank <br> 4 Plaza Way <br> Anderson, SC  29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BETHLEHEM BREWWORKS <br> 569 MAIN ST. <br> Bethlehem, PA  18018 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BETHLEHEM HERMITAGE CHURCH <br> 92 PLEASANT HILL ROAD <br> Chester, NJ  07930-2135 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BETTER BEDDING <br> 130 PRESTIGE PARK RD <br> East Hartford, CT  06108 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> BETTER BEDDING <br> 2300 DIXWELL AVENUE <br> Hamden, CT  06514 | | | | X | X | X | 0.00 |

Sheet no. __124__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     0.00

Total ► $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 10386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                          **Debtor**                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BETTER BEDDING 364 COOLEY STREET Springfield, MA 01128 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETTER BEDDING 135 SOUTH MAIN STREET West Hartford, CT 06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETTER BEDDING 1268 EAST MAIN ST. Torrington, CT 06790 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETTS, SABERINA 82 ROGER STREET Hartford, CT 06106 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BETZ, DAVID & PAMELA 2047 MT HORBE ROAD Street, MD 21154 | | | | X | X | X | 0.00 |

Sheet no. __125__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $              0.00

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BEVERLY HILL CONDOS 5300 WASHINGTON ST HOLLYWOOD, FL 33021 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BEZRUCIK, STEPHEN 28 FOXRIDGE RD. WEST HARTFORD, CT 06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BHAI, RAMESH 78 FAIRMOUNT AVENUE Clifton, NJ 07011 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BHANZARI, ROHINA 130 EAST 63RD STREET, APT 15E NEW YORK, NY 10065 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BICKOFF, PASQUALINA 416 5TH AVENUE Lyndhurst, NJ 07071 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _126_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $          0.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIDDLE, JOHN<br>105 FAIRMOUNT AVENUE<br>Hackensack, NJ 07601 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BIENSTOCK, JAY & IRIS<br>200 SEABURY DRIVE<br>UNIT 3190<br>BLOOMFIELD, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BIERNAT, RACHEL<br>67 RIVERSIDE DR APT 1D<br>NEW YORK, NY 10024 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BILODEAU, RICHARD<br>12 AUTUMN LEAVES RD<br>Wallingford, CT 06492 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BILOSKIRKA, NANCY<br>92 RISING TRAIL DRIVE<br>Middletown, CT 06457 | | | | X | X | X | 0.00 |

Sheet no. __127__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
             Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIMILLENIUM PROPERTIES<br>15180 BELLAIRE BLVD<br>Houston, TX  77083 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BINDER , THOMAS  .<br>63 BRIARWOOD RD.<br>WEST HARTFORD, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BINNEY, JOE & JAN<br>1020 CRESCENT BEACH ROAD<br>VERO BEACH, FL  32963 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BIRBARA, CHARLIE<br>50 LINBROOK ROAD<br>West Hartford, CT  06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>BIRBARA, CHARLIE<br>50 LINDENBROOK ROAD<br>West Hartford, CT  06107 | | | | X | X | X | 0.00 |

Sheet no. __128__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BIRMINGHAM 133 WALKER ST. MANCHESTER, CT 06040 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BISCAYNE 21 CONDO 2121 NORTH BAYSHORE DRIVE Miami, FL 33137 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BISHARA, GEORGE 1344 LAKE STREET PLAINFIELD, NJ 07061 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Bishop, Jackie 4500 Old Spartanburg Road Taylors, SC 29687 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BISHOP, JOSEPH 43 EDGEWOOD DR. Wallingford, CT 06492 | | | | X | X | X | 0.00 |

Sheet no. _129_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BISS INC. 61 MAIN STREET HEBRON, CT  06248 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BISSEY GLASS 1002 TRENTON AVENUE POINT PLEASANT, NJ 08742 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BITENSKY, CINDY 839 APACHE ROAD Franklin Lakes, NJ  07417 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BITOUSHANA PALDIN 26 WELLWOOD CIRCLE VERNON, CT  06066 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BITTING, AMY 56 NORTH HILLSIDE AVENUE KENVIL, NJ  07847 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __130_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)