B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TENAFLY RAQUET CLUB 195 COUNTY ROAD Tenafly, NJ 07670 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TENNESSEE ALABAMA FIREWORKS 139 Highway 72 South Pittsburg, TN, 37380 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TENNISON, EDITH 567 OLYMPIA AVENUE Cliffside Park, NJ 07010 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TERESKIEWICZ, JOSEPH 8 PLEASANT STREET Windsor Locks, CT 06096 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TERRA CEIA CLUB CONDO 2320 TERRA CEIA BAY BLVD Palmetto, FL 34221 | | | | X | X | X | 0.00 |

Sheet no. __1401__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                          **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TERRA MAR CONDO ASSOC<br>7100 ESTERO BOULEVARD<br>Fort Myers Beach, FL  33931 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TERRANO, FLORENCE<br>56 LAKE SHORE ROAD EAST<br>Stockholm, NJ  07460 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TERRAZAS DEL SOL CONDO<br>2660 WEST 76TH STREET<br>Hialeah, FL  33016 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TERRITO, CHRISTIN<br>21 HOMESTEAD LANE<br>LINCOLN PARK, NJ  07035 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TERRY, JAMES<br>10 LOST BROOK RD<br>WEST SIMSBURY, CT  06092 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __1402__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____

_____**Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Tesser and Cohen 946 Main Street Hackensack, NJ 07601 | | | Consideration: Legal expenses | | | | 45,617.55 |
| ACCOUNT NO. TETI, FRAN 170 SONSTROM RD BRISTOL, CT 06010 | | | | X | X | X | 0.00 |
| ACCOUNT NO. TEXAS CONTRACT CARPET 1358 SALFORD DRIVE Houston, TX 77008 | | | | X | X | X | 0.00 |
| ACCOUNT NO. TEXAS ROADHOUSE GRILLE 4119 CLEMSON BOULEVARD Anderson, SC 29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. TGI FRIDAY'S 5901 ROUTE 42 SOUTH TURNERSVILLE, NJ 08012-1497 | | | | X | X | X | 0.00 |

Sheet no. _1403_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $   45,617.55

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THATCHER, SADDLE RIVER 28 DENISON DRIVE SADDLE RIVER, NJ 07458 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE ALEX OF MAETARIRIE, LLC 2501-2513 CARONDELET STREET New Orleans, LA, 70115 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE ARBORS AT PINEBROOK MB 3950 IRONWOOD CIRCLE Bradenton, FL 34209 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE ARCHES-VICEDES FAMILY 51 MT BETHEL ROAD Warren, NJ 07059 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE BEEPER PEOPLE 310 STATE STREET Albany, NY 12210 | | | | X | X | X | 0.00 |

Sheet no. 1404 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THE BOOK MARKET-UNIT 450 10,000 FACTORY SHOPS BLVD Gulfport, MS, 39503 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE BOTTO HOUSE NAT'L LANDMARK 83 NORWOOD STREET HALEDON, NJ  07508 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE CHAD SCHOOL 308 SOUTH 9TH ST. Newark, NJ  07102 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE CLOTHING PALACE PO BOX 187 Gilbert, WV, 25621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE CLUB AT ST LUCIE WEST 111 SOUTH WEST PALM DRIVE Port Saint Lucie, FL  34986 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __1405__of __1575__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THE COUNTRY CLUB* 6200 BOCA DEL MAR DRIVE Boca Raton, FL  33433 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE EPIC SCHOOL 238 FARVIEW AVENUE PARAMUS, NJ  07652 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE ESTABLISHMENT 14052 50TH STREET SOUTH WELLINGTON, FL  33414 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE FAIRFIELD 100 MORGAN STREET STAMFORD, CT 06905 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE FAIRWAYS CONDOS 1 VENTURI COURT FLORHAM PARK, NJ  07932 | | | | X | X | X | 0.00 |

Sheet no. __1406__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THE FOUNTAINS CONDO, #208 4615 FOUNTAINS DRIVE, 4838-208 Lake Worth, FL 33467 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE GABLES @ CAROLINE KF 710 5TH STREET Denton, MD 21629 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE GRAND ROYALE ASSOC 100 VISTA ROYALE BLVD Vero Beach, FL 32962 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE HARTFORD 999 ORONOQUE LANE STRATFORD, CT 06614 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE HAVEN AT BERRY SHOALS JOHNSON DEVELOPMENT 961 EAST MAIN STREET SPARTANBURG, SC 29302 | | | | X | X | X | 0.00 |

Sheet no. _1407_of _1575_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤          $        0.00

Total ➤          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
                            Debtor                                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THE LEARNING SCHOOL CENTER 464 OUTWATER LANE Garfield, NJ 07026 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE MAPLES INN 179 OENOKE RIDGE ROAD NEW CANAAN, CT 06480 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE MOORINGS CONDO ASSOC MB 450 MOORINGS COVE DRIVE Tarpon Springs, FL 34689 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE OLYMPUS ASS'N 2500 PARKVIEW DRIVE HALLANDALE, FL 33009 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE PAPERY 915 BOUGANVILLA LANE Indian River Sho, FL 32963 | | | | | | | 0.00 |

Sheet no. __1408__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| THE PARENTS PLACE 26 DEGRASSE STREET Paterson, NJ 07505 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| THE PECK SCHOOL 247 SOUTH STREET MORRISTOWN, NJ 07960 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| THE PIER 1 HARBORSIDE PLACE Jersey City, NJ 07311 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| THE PURNELL SCHOOL 51 POTTERSVILLE ROAD Pottersville, NJ 07979 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| THE RELAX ROOM TENANT SP 2019 ROCKAWAY MALL ROCKAWAY, NJ 07886 | | | | X | X | X | 0.00 |

Sheet no. _1409_of _1575_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THE RIVER MEWS ASSN., INC. C/O ELLIOTT MERRILL MGMT 835 20TH PLACE Vero Beach, FL  32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE RUSHFORD CENTER 1250 SILVER ST MIDDLETOWN, CT  06475 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE SALVATION ARMY 89 STATE STREET HACKENSACK, NJ  07601 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THE STRATFORD APTS.- PRAEDIUM 1307 EDWARD L. GRANT HWY. BRONX, NY  10452 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| The T Group, Inc. 27 Pilgrim Way Wayne, NJ 07470 | | | | | | | 26,750.00 |

Sheet no. _1410_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    26,750.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. The Tool Box 119 Lakeview Avenue Clifton, NJ 07011 | | | Consideration: Trade debt | X | X | X | 126.91 |
| ACCOUNT NO. THE VILLAGE AT TARA ASSOC 6908 DREWRY'S BLUFF Bradenton, FL 34203 | | | | X | X | X | 0.00 |
| ACCOUNT NO. THE VIRGINIAN 6320 & 6390 NW 11TH STREET SUNRISE, FL 33313 | | | | X | X | X | 0.00 |
| ACCOUNT NO. THEIS, PAMELA 17 THIRD AVE. WATERFORD, CT 06385 | | | | X | X | X | 0.00 |
| ACCOUNT NO. THELEN REID & PRIEST 875 3RD AVENUE New York, NY 10022-6225 | | | | X | X | X | 0.00 |

Sheet no. 1411 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 126.91

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Thelen, Reid, Brown Raysman & Steiner, LLP 185 Asylum Street Hartford, CT 06103 | | | Consideration: Trade debt | | | | 0.00 |
| ACCOUNT NO.  THEODORATOS, PAUL 130 SUMMIIT STREET Newington, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  THEODORIS, STELIO 323 SOUTH 24TH STREET Brigantine, NJ  08203 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  THEOPHANIS, GEORGE 4203 SOUTH EAST HONEY HILL LANE Stuart, FL  34997 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  Theuer, Linda 1317 Summerhill Drive Malvern, PA  19355 | | | | X | X | X | 0.00 |

Sheet no. __1412__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> THIELL, JOHN <br> 125 NORTH QUAKER LANE <br> W Hartford, CT 06119 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> THIRD REFORMED CHURCH <br> 10 WEST SOMERSET STREET <br> Raritan, NJ 08869 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> THOMA, KATHY <br> 485 SQUIRE HILL RD. <br> CHESHIRE, CT 06410 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> THOMAS DORIS <br> 138 PROSPECT AVE <br> White Plains, NY 10607 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> THOMAS MCADAM LIQ STORE <br> 398 3RD AVENUE <br> New York, NY 10016 | | | | X | X | X | 0.00 |

Sheet no. 1413 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THOMAS, ALFONUS 12 JACKSON ROAD Bloomfield, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THOMAS, DARREN 266 MANCHESTER ROAD River Edge, NJ 07661 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THOMAS, DAVID 8 STODMORE ROAD Simsbury, CT 06070 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THOMAS, FRANK 4 GEORGE STREET Cromwell, CT 06416 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THOMAS, HOWARD & SHARON 18 ENGLISH LANE Egg Harbor Township, NJ 08234 | | | | X | X | X | 0.00 |

Sheet no. _1414_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  THOMAS, JEAN 220 HUNTER AVENUE CLEMSON, SC  29631 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  THOMAS, LORI 5 KNUTSEN DRIVE WEST ORANGE, NJ  07052 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  THOMAS, SAMUEL 514 LEBANON ROAD Dover, DE, 19901 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  THOMAS, SUZANNE 19 DRIFTWOOD ROAD Bristol, CT  06010 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  THOMPSEN, VICTOR 16 HENRY STREET Hartford, CT  06114 | | | | X | X | X | 0.00 |

Sheet no. _1415_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                 Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THOMPSON<br>18 WARREN AVENUE<br>HAWTHORNE, NJ 07506 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>THOMPSON RESIDENCE<br>1835 UPPERLINE STREET<br>NEW ORLEANS, LA, 00000 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>THOMPSON, BILL & TERESE<br>195 ARLINGTON AVENUE<br>HAWTHORNE, NJ 07641 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>THOMPSON, JOHN & ANNE<br>1801 INDIAN RIVER BOULEVARD<br>Vero Beach, FL 32960-5288 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>THOMPSON, PEGGY<br>37 DEER PARK ROAD<br>Weatogue, CT 06089 | | | | X | X | X | 0.00 |

Sheet no. __1416__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 0.00

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,         Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THOMSON, BEVERLY 3914 NW 72ND LANE CORAL SPRINGS, FL 33065 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THORNE, JOHN 92 WEST SPRINGTOWN ROAD Long Valley, NJ 07853 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THORNTON PARK ASSOCIATION 10 NORTH SUMMERLIN AVENUE Orlando, FL 32801 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THORSEN, RENA 4 NORTH STONEHEDGE DRIVE Basking Ridge, NJ 07920 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| THOTA, RAVINDER 63 WEBSTER ST JERSEY CITY, NJ 07303 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30586

Sheet no. __1417__of __1575__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $           0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| Thrasher, Harold<br>3810 Moorefield Highway<br>Pickens, SC  29671 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TIANO, BOB<br>128 WATCHUNG AVENUE<br>Montclair, NJ  07043 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TIBURZI, ANITA<br>284 MILLERTON ROAD<br>SHARON, CT 06069 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TICHY, HENRY<br>ROUTE 77, DURHAM ROAD<br>Guilford, CT  06437 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TIGER KIMS TAE DOE<br>115C VERVALEN STREET<br>CLOSTER, NJ 07624-2638 | | | | X | X | X | 0.00 |

Sheet no. __141__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $              0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.,ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
               **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TILBOR, MICHAEL <br> 9 UP THE ROAD <br> West Simsbury, CT  06092 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TILLETT, LISA     . <br> 125 BERKLEY PLACE <br> DUMONT, NJ 07628-1414 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TILLIS, TAMMY & LAWRENCE <br> 762 ROLLING HILL DRIVE <br> RIVER VALE, NJ  07675 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TILLMAN, V ICKIE <br> 205 WEST WOOD ROAD #1 <br> Sharon, CT  06069 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TILUM, LISA <br> 1904 ASYLUM AVENUE <br> WEST HARTFORD, CT 06117 | | | | | | | 0.00 |

Sheet no. __1419__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $  | 0.00

Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                         Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TIM WYMANN 10706 WYE TOWN FARM ROAD Easton, MD  21601 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TIMPONE, HAROLD 8 BLUEBERRY COURT MAHWAH, NJ 07430 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TINGUE, BROWN & CO 535 N MIDLAND AVE SADDELBROOK, NJ 07663 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TINT, ALEXANDRA 332 WINTHROP DRIVE Nutley, NJ  07110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TIRES PLUS DG 5250 SOUTH CONWAY RD Orlando, FL  32812 | | | | X | X | X | 0.00 |

Sheet no. 1420 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal▶ | $ | 0.00 |
| Total ➤ | $ | . |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TITTA, ANTHONY & MARGUERITE 37 SHARON ROAD UNIT 6 WATERBURY, CT  06705 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TITTA, JAMES 115 SPANISH WELLS Anderson, SC  29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TIVOLI APARTMENTS-BREVCO PROPERTIES 4832 BETHEL CREEK DRIVE Indian River Sho, FL  32963 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TIZZIO, THOMAS* 10 DEEPDALE DRIVE Middletown, NJ  07748 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TJ INVESTMENT/ROYAL PASSAIC 163 HOPE AVENUE Passaic, NJ  07055 | | | | X | X | X | 0.00 |

Sheet no. _142_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TJ LLC/HOWARD JOHNSON 3601 VESTAL PARKWAY VESTAL, NY  13850 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TM INDUSTRIES 134 COMMERCE STREET East Berlin, CT  06023 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOBIAS, JOAN 15 DALE AVENUE Bloomfield, CT  06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOBON, ARACELLY 374 SW MCCOMB AVENUE Port Saint Lucie, FL  34953 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOCE, PATTY 25 SUMERWIND South Windsor, CT  06074 | | | | X | X | X | 0.00 |

Sheet no. __1422__ of __1575__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TODD, BERNICE 60 Curry's Lake Road Gray Court, SC  29645 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TODDLER ACCADEMY 4760 WESTBANK EXPRESSWAY Marrero, LA, 70072 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TODLER ACADEMY 4760 WEST BANK EXPRESSWAY Marrero, LA, 70072 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOELLE, CHARLENE 165 PLATT STREET Ansonia, CT  06401 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOLPIN, MARK 256 GLEN AVENUE MILLBURN, NJ  07041 | | | | X | X | X | 0.00 |

Sheet no. 1423 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TOMASIO, HUGO 310 A BRITANY FARMS RD. New Britain, CT 06053-1148 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOMASZEWSKI, MARTIN 131-133 CALDWELL AVENUE Paterson, NJ 07510 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOMBANK, ROBERT 33 CURRY ROAD Hamden, CT 06518 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOMLINSON 1225 OAK PLACE UNION, NJ | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOMLINSON, COLLIN 131 MAPLE AVENUE Irvington, NJ 07111 | | | | | | | 0.00 |

Sheet no. __1424__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TOMPKINS 229 LINCOLN AVENUE ELMWOOD PARK, NJ 07407 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TONG, HENRY 63 KNOLLWOOD DR GLASTONBURY, CT 06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TONINO, EDWARD 49 FOUR MILE RIVER ROAD Old Lyme, CT 06371 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TONIOLO, ANTHONY 579 DEWEY AVENUE CLIFFSIDE PARK, NJ 07010 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOOMEY, HELEN 50 TRACEY AVENUE Totowa, NJ 07512-2039 | | | | X | X | X | 0.00 |

Sheet no. _1425_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $    0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TOP NOTCH/LAKELAND<br>1 SECOR ROAD<br>Mahopac, NY  10541 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>TOPP, ANDREW & KAREN<br>66 DEDAR CLIFF AVENUE<br>Haledon, NJ  07508 | | | . | X | X | X | 0.00 |
| ACCOUNT NO.<br>TOPPER, STEVE<br>19564 SEA PINES WAY<br>Boca Raton, FL  33498 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>TORCHES ON HUDSON<br>120 FRONT STREET<br>Newburgh, NY  12550 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>TORRELLO. GARY<br>31 RIVER RD.<br>Haddam, CT  06438-1303 | | | | X | X | X | 0.00 |

Sheet no. __1426__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TORRINGTON PARKADE<br>420 WINSTED ROAD<br>Torrington, CT  06790 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TORSIELLO ORGANIZATION INC.<br>100 DAVIDSON STREET<br>Somerset, NJ  08873 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOSCANO, SHARON<br>40 ATWATER AVENUE<br>Derby, CT  06418 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOSKOS, MENELAOS<br>149 BERGEN AVENEU<br>Waldwick, NJ  07463 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Total Maintenance & Service, I<br>121 Hamburg Turnpike<br>Bloomingdale, NJ 07403 | | | Consideration: Trade debt | | | | 136.43 |

Sheet no. _1427_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $              136.43

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,   Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Totonis Michelle & Anthony 255 Budding Ridge Rd. Southington, CT  06489 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TOUGAS, PHIL 1 WEBSTER SQUARE RD. BERLIN, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TOURNAS, EFFTATHIOS 50 COUNTRY CLUB ROAD Stamford, CT  06903 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TOURNAS, MICHAEL 50 COUNTY CLUB ROAD Stamford, CT  06903 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TOUTEN, MARY ANN 701 NORTHWEST PARK STREET Okeechobee, FL  34974 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _142&_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
             Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TOWER INVESTMENTS<br>230 KINGS HIGHWAY EAST<br>STUIE 257<br>Haddonfield, NJ 08033 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOWER RIDGE COUNTRY CLUB<br>140 NOD ST.<br>SIMSBURY, CT 06070 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOWER, MURIEL<br>10 LAFAYETTE AVENUE<br>Cliffside Park, NJ 07010 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOWN FAIR TIRE<br>38 TOWNLINE ROAD<br>Rocky Hill, CT 06067 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOWN LINE PIZZA<br>736 NEW BRITAIN AVENUE<br>Newington, CT 06111 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. 1429 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TOWN OF AVON CO. #3<br>11 ARCH ROAD<br>Avon, CT  06001 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOWN OF COLEBROOK<br>558 COLEBROOK ROAD<br>New Haven, CT  06535 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Town of East Haven, East Haven High School<br>35 Wheelbarrow Lane<br>East Haven, CT 06513 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOWN OF GRANTS LAKE<br>2808 GRANTS LAKE BLVD<br>Sugar Land, TX  77478 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TOWN OF MADISON  MS<br>331 COPSE ROAD<br>Madison, CT  06443 | | | | X | X | X | 0.00 |

Sheet no. __1430__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TOWN OF MIDDLEBURY<br>BENSON ROAD PUMP STATION #3<br>Middlebury, CT 06762 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>Town of Newington<br>Office of the Revenue Collector<br>131 Cedar Street<br>Newington, CT 06111 | | | | | | | 615.03 |
| ACCOUNT NO.<br>Town of Ocean City<br>PO Box 5000<br>Ocean City, MD 21843-5000 | | | | X | X | X | 114.00 |
| ACCOUNT NO.<br>TOWN OF ORANGEBURG<br>140 OLD ORANGEBURG ROAD<br>ORANGEBURG, NY 10962 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>TOWN OF PATTERSON<br>470 CORNWALL HILL ROAD<br>PATTERSON, NY 12563 | | | | X | X | X | 0.00 |

Sheet no. __143__ of __1575__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $      729.03

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                    **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TOWN OF PLAINFIELD 8 COMMUNITY AVENUE Plainfield, CT 06374 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOWN OF SENECA FALLS 10 FALL STREET Seneca Falls, NY 13148 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOWN OF SOUTH WINDSOR MS 115 PINE TREE LANE South Windsor, CT 06074 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOWN OF SUFFIELD TOWN HALL 83 MOUNTAIN ROAD Suffield, CT 06078 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TOWN OF TOMKINS MAIN STREET & ROUTE 206 TROUT CREEK, NY | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _1432_of _1575_continuation sheets attached          Subtotal ➤    $          0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                             Total ➤       $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TOWN OF ULSTER <br> 1 TOWN HALL DRIVE <br> Lake Katrine, NY  12449 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TOWN OF WALLINGFORD <br>  PUBLIC WORKS BUILDER <br> 45 SOUTH MAIN STREET <br> Wallingford, CT  06492 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TOWN SQUARE OF COLUMBIA <br>  SHOPPING CENTER <br> 900 US HIGHWAY 13 <br> Columbia, MS, 39429 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TOWNHOUSES OF PLANTATION <br> 4700 NW 9TH STREET <br> PLANTATION, FL  33317 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TOWNSHIP OF GUTTENBERG <br> 301 69TH STREET <br> GUTTENBERG, NJ  07093 | | | | X | X | X | 0.00 |

Sheet no. _1433_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                     Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| ACCOUNT NO.<br>Township of Wayne<br>Municipal Complex<br>475 Valley Road<br>Wayne, NJ 07470 |  |  |  |  |  |  | $100.00 |
| ACCOUNT NO.<br>TOZZI, ELIZABETH<br>963 3RD AVENUE<br>Bridgewater, NJ  08807 |  |  |  | X | X | X | 0.00 |
| ACCOUNT NO.<br>TRACEY, JILL<br>26609 MAIN STREET<br>Crisfield, MD  21817 |  |  |  | X | X | X | 0.00 |
| ACCOUNT NO.<br>TRACY, VAN<br>286 FOURTH STREET<br>Jersey City, NJ  07302 |  |  |  | X | X | X | 0.00 |

Sheet no. __1434__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $            100.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TRADER, DONALD 7 MILLBROOK COURT LIVINGSTON, NJ 07039 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRAFFORD, DANIEL DS 90 WESTGATE WEST HARTFORD, CT 06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRAIGER, GLORIA 4 RUGBY ROAD New City, NY 10956 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRAIL, JIM 200 SEABURY DRIVE UNIT 3191 BLOOMFIELD, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRAINA, HEATHER 360 19TH AVENUE PATERSON, NJ 07504 | | | | X | X | X | 0.00 |

Sheet no. __1435__ of __1575__ continuation sheets attached                    Subtotal ▶  | $          0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                            Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TRAN, CHAU <br> 19 HOPKINS DR. <br> NEWINGTON, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TRAN, DAVID <br> 21 BUTTERNUT LANE <br> Newington, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TRASS <br> 151 SOUTH HIGHLAND AVENUE <br> PEARL RIVER, NY  10965 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TRAVASSOS, GUS <br> 424 RUTHERFORD BLVD <br> CLIFTON, NJ  07014 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TRAVER, WAYNE <br> 2152 MOUNT VERNON ROAD <br> Southington, CT  06489 | | | | X | X | X | 0.00 |

Sheet no. _1436_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
               **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TRAVERSO, JAMES 210 WILSON ROAD NEPTUNE, NJ 07753-5428 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRAYLOR, DOUG 234 COOLIDGE AVE ORTLEY BEACH, NJ 08751 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TREASURE & SPACE COAST RADIO 1235 16TH STREET Vero Beach, FL 32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Treasurer, State of Connecticut Contractor Prequalification Program 165 Capitol Avenue, 5th Floor So. Hartford, CT 06106 | | | | | | | 632.94 |
| ACCOUNT NO. | | | | | | | |
| Treasurer, State of New Jersey PO Box 206 Trenton, NJ 08625 | | | | | | | 22.00 |

Sheet no. _1437_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                    Subtotal ➤    $      654.94

                    Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-740 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TREISMAN, JOEL 4 EAST MEADOW ROAD Westport, CT 06880 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TREMPER, ROBERT 603 WOODHOUSE AVENUE Wallingford, CT 06492 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRENHOLM, JOHN 300 MILLWOOD ROAD Abbeville, SC 29620 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRENTWOOD CONDOMINIUMS 3106 BETHAL ROAD UNIT 90 Simpsonville, SC 29681 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TREVOR DAY SCHOOL 1 WEST 88TH STREET New York, NY 10128 | | | | | | | 0.00 |

Sheet no. __1438__ of __1575__ continuation sheets attached         Subtotal ➤ | $ | 0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                        Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| TREVOR DAY SCHOOL 110 WEST 90TH STREET New York, NY  10128 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TREVOR DAY SCHOOL 4 EAST 90TH STREET New York, NY  10128 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TREVOR DAY SCHOOL 566 COLUMBUS AVENUE New York, NY  10128 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TREVOR DAY SCHOOL W. 90TH ST New York, NY  10128 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| TREVOR DAY SCHOOL 11 EAST 89TH ST. NEW YORK, NY | | | | X | X | X | 0.00 |

Sheet no. _1439_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TRI CITY PLAZA <br> 207 HARTFORD TURNPIKE <br> VERNON, CT 06066 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TRI COUNTY ARC <br> 59 DUNN HILL ROAD <br> TOLLAND, CT 06084 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Tri Tech Energy, Inc. <br> #3 Mars Court <br> Boonton Twp., NJ 07005 | | | Consideration: Trade debt | | | | 13,810.00 |
| ACCOUNT NO. <br><br> TRI TOWN PLAZA <br> 314-324 WEST MAIN STREET <br> Avon, CT 06001 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> TRIANO, ROSE MARIE <br> 313 SAINT ANDREWS PLACE <br> MANALAPAN, NJ 07726 | | | | X | X | X | 0.00 |

Sheet no. __1440__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     13,810.00

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Tricarico Architecture and Design 500 Valley Road Wayne, NJ 07470 | | | Trade debt | | | | 40,596.00 |
| ACCOUNT NO. TRIFARI, JOHN 129 NORTH ELM STREET MANCHESTER, CT 06040 | | | | X | X | X | 0.00 |
| ACCOUNT NO. TRINH, VINCENT 1500 HANACOCK STREET Gretna, LA, 70053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. TRINITY EPISCOPAL SCHOOL 101 WEST 91ST ST New York, NY 10024 | | | | X | X | X | 0.00 |
| ACCOUNT NO. TRINITY SCHOOL 191 W 91ST STREET NEW YORK, NY 10024 | | | | X | X | X | 0.00 |

Sheet no. __144__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ 40,596.00

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                           Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TRINITY UNITED METH C 581 CLINTON AVENUE Newark, NJ 07108 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRINKS, DON 141 GROVE STREET Windsor, CT 06095 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRIPI, ANGELO 382 LAKEVIEW AVENUE Clifton, NJ 07011 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRIPODI, THERESA 12 ROSS LANE NORTH HALEDON, NJ 07508 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TRIZEK VILLAGE PLAZA 1360-1456 STATE ROAD 7 Pompano Beach, FL 33063 | | | | X | X | X | 0.00 |

Sheet no. 1442 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $              0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TROIA, JENNIFER 692 CORNWALL AVENUE TEANECK, NJ | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TROISE, MARIE OPT-400 18TH STREET, V4 Vero Beach, FL 32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TROPIC SQUARE PLAZA POST OFFICE, DIAMOND TROPIC 600 6TH AVENUE Vero Beach, FL 32962 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TROPIC SQUARE PLAZA-DIAMOND TROPIC PROPERTIES 600 6TH AVENUE Vero Beach, FL 32962 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TROPICAL BRICK PAVERS 665 4TH STREET VERO BEACH, FL | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

Sheet no. 1443 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                 **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> True & Associates <br> 325 North Avenue East <br> PO Box 638 <br> Westfield, NJ 07091 | | | Consideration: Trade debt | | | | 5,496.00 |
| **ACCOUNT NO.** <br><br> Truly New Cleaning Corp. <br> 196-43 53rd Avenue <br> Fresh Meadows, NY 11365 | | | Consideration: Trade debt | | | | 65,802.30 |
| **ACCOUNT NO.** <br><br> TRUMBLE, SUSAN <br> 40 MOHAWK DRIVE <br> Canton, CT  06019 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> TRUMPER, KENNETH <br> 1 HARRISON ROAD <br> Pompton Plains, NJ  07444 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> TRUNG VONG <br> 122 PLACID WOODS COURT <br> SANFORD, FL  32773 | | | | X | X | X | 0.00 |

Sheet no. __1444__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  71,298.30

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TRYKOWSKI, MILDRED  29 LIBERTY STREET  Newington, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TSATSARONIS, DIANE  200 GROVE STREET  RAMSEY, NJ 07446 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TSIPOLITIS, DIANA & GEORGE  9 SMITHS FARM ROAD  Deep River, CT  06417 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TUCCI, THEODORE  84 WESTERLY TERRACE  Hartford, CT  06105 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TUCKER, EVA  404 SHERMAN ROAD  APT 2-F  Easley, SC  29642 | | | | X | X | X | 0.00 |

Sheet no. _1445_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $            0.00

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TUCKER, KEN <br> 2033 STANGER AVE <br> Williamstown, NJ 08094 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TUDELA, PERCY <br> 21 SCOLES AVENUE <br> CLIFTON, NJ 07012 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TUFANO, GARY <br> 671 WELLS ROAD <br> Wethersfield, CT 06109 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TUMBLE BROOK COUNTRY CLUB <br> 376 SIMSBURY ROAD <br> Bloomfield, CT 06002 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> TUPPER, ARTHUR & CATHERINE <br> 142 TREE TOP DRIVE <br> Springfield, NJ 07081 | | | | | | | 0.00 |

Sheet no. _1446_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TUREEN, NORMAN<br>83 GREENTREE DR.<br>GLASTONBURY, CT  06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TURI, LEN<br>910 CAUSEWAY BLVD, B5<br>Vero Beach, FL  32963 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TURING, CLARENCE & EDWINA<br>658 TROUTBROOK DRIVE<br>West Hartford, CT  06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TURNER , DONNA<br>12 MORIN AVE<br>COVENTRY, CT  06238 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>TURNER CONSTRUCTION CO<br>1014 MONROE TURNPIKE<br>MONROE, CT  06568 | | | | X | X | X | 0.00 |

Sheet no. _1447_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $  0.00

Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>TURNER ENTERPRISES<br>2555 ROUTE 9<br>Ocean View, NJ 08230 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>TURNER, JILL<br>89 ROCKVILLE ROAD<br>Broad Brook, CT 06016 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>TURNER, THOMAS<br>105 GLEN ARBOR COURT<br>EASLEY, SC 29642 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>TURNING POINT<br>125 FAIRVIEW AVENUE<br>CEDAR GROVE, NJ 07009 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br>TURSO, WILLIAM<br>9955 SW 140TH STREET<br>Miami, FL 33176 | | | | X | X | X | 0.00 |

Sheet no. 1448 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TURTON, PARAMUS 128 CLOVERDALE AVENUE PARAMUS, NJ 07652 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TURZILLI, PAULETTE 1076 SMITH MANOR BOULEVARD West Orange, NJ 07052 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TUSKEE, CHARLES 555 BUNTING AVENUE Bethany Beach, DE, 19930 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TUTINO, DOMINIC 221 WEST 10TH AVENUE Conshohocken, PA 19428 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| TUTT, FARAD 39 ARSDALE TERRACE East Orange, NJ 07018 | | | | X | X | X | 0.00 |

Sheet no. __1449__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $    0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TUZZIO, VINCENT 32 BIRCH RUN AVENUE Denville, NJ 07834 | | | Consideration: Employment contract claim | X | X | X | 0.00 |
| ACCOUNT NO.  TWO TREES MANAGEMENT 1041 FINDLAY AVENUE Bronx, NY 10456 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TWO TREES MGMT. 45 MAIN ST. Brooklyn, NY 11201 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TWO TREES MGMT/JAY STREET 20 JAY STREET Brooklyn, NY 11201 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  TX YACHT CLUB 134 PARK CIRCLE Kemah, TX 77565 | | | | X | X | X | 0.00 |

Sheet no. 1450 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 0.00

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>TYBUS, TUSS<br>6 FAIRVIEW DRIVE<br>Hackettstown, NJ 07840 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>TYKOWSKI, MILDRED<br>29 LIBERTY STREET<br>Newington, CT 06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>TYLER DISTRIBUTION<br>4 SO MIDDLESEX AVENUE<br>MONROETOWNSHIP, NJ 08527 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>TYNES, SONYA<br>41 KENMORE TERRACE<br>East Orange, NJ 07017 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br>TYPKEMA, RONALD<br>142 UNION STREET<br>Lodi, NJ 07644 | | | | X | X | X | 0.00 |

Sheet no. __1451__of __1575__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $     0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                  Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| U.S. INSULATION 1897 BERLIN TURNPIKE Berlin, CT  06037 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| UDELL, JUDY 75 HENRY STREET APT 2B Brooklyn, NY  11201 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| UDELL, ROBERT 25-27 FAIRFIELD STREET West Hartford, CT  06119 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| UECKERD, DEANNE 461 BROOKS ROAD BELTON, SC  29627 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ULISSE, ANTHONY 35 RECKLESSTOWN WAY Chesterfield, NJ  08515 | | | | X | X | X | 0.00 |

Sheet no. __1452__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 36386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,            Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ULLRICH, JUSTINE 1508 BROCK CREEK DRIVE YARDLEY, PA 19067 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ULOKAMEJIE, REGINA 574 SOUTH 13TH STREET Newark, NJ 07103 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ULTRA DIAMONDS-UNIT 750 10,000 FACTORY SHOPS BLVD Gulfport, MS, 39503 | | | | X | X | X | 0.00 |
| ACCOUNT NO. UMBERTO, ED 149 CARRIAGE CROSSING LANE Middletown, CT 06457 | | | | X | X | X | 0.00 |
| ACCOUNT NO. UMDNJ 30 BERGEN STREET NEWARK, NJ 07107 | | | | X | X | X | 0.00 |

Sheet no. 1453 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $            0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UMDNJ:CENTRAL PHARMACY DEPT OF PURCH. LIBERTY PLAZA 335 GEORGE STREET 2ND FLOOR NEW BRUNSWICK, NJ 08903 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>UMPRESS HOTEL 1317 URSULINES AVENUE New Orleans, LA, 70116 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>UNANUE, JOSEPH 1 ROBIN LANE ALPHINE, NJ 07620 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>UNGER, RONALD 47 PINECREST ROAD Orange, CT 06477 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>United Healthcare Dental Dept. CH 10151 600550151C0009 Palatine, IL 60055-0151 | | | | | | | 1,502.36 |

Sheet no. _1454_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ▶ | $ | 1,502.36 |
|---|---|---|---|
| | Total ▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> United Paint and Wallpaper, Inc. <br> 669 Silas Deane Highway <br> Wethersfield, CT 06109 | | | Consideration: Trade debt | | | | 18.82 |
| ACCOUNT NO. <br><br> UNITED PENTECOSTAL HOLINESS <br> 611 NORTH W STREET <br> Pensacola, FL 32501 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> United Rentals <br> 185 Thorpe Street <br> Location 404 <br> Fairfield, CT 06824 | | | Consideration: Trade debt | | | | 3,747.14 |
| ACCOUNT NO. <br><br> United Wood Flooring & Renovations <br> PO Box 775 <br> Totowa, NJ 07511 | | | Consideration: Trade debt | | | | 7,093.00 |
| ACCOUNT NO. <br><br> UNIVERSITY OF MIAMI <br> 1200 BRICKEOO AVENUE <br> SUITE 1900 <br> Miami, FL 33131 | | | | X | X | X | 0.00 |

Sheet no. __1455__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  10,858.96

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                           Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> UNIVERSITY TRACE <br> 1900 BAY AREA BLVD <br> Houston, TX  77058 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> UP & GROWING <br> 1234 TEANECK ROAD <br> TEANECK, NJ  07666 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> URBAN AMERICAN REALTY <br> 1990 LEXINGTON AVENUE <br> New York, NY  10035 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> URBANO, JAMES <br> 75 COPPER BEACH DRIVE <br> Cheshire, CT  06410 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> URBANSKI, JEN & STEVE <br> 71 WATERSIDE LANE <br> West Hartford, CT  06107 | | | | X | X | X | 0.00 |

Sheet no. _1456_ of _1575_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸  $          0.00

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> URGELL, NANCY <br> 708 CENTER STREET <br> Manchester, CT  06040 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> URIBE, DIONIS <br> 1058-1060 E. 26TH STREET <br> PATERSON, NJ  07510 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> URQUIA, MARIO <br> 160 ELM STREET <br> ELIZABETH, NJ  07207 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> URSTADT BIDDLE PROPERTIES <br> 321 RAILROAD AVENUE <br> Greenwich, CT  06830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> URSTADT BIDDLE PROPERTIES <br> 402-424 MAIN STREET <br> Ridgefield, CT  06877 | | | | X | X | X | 0.00 |

Sheet no. _1457_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                          **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> US Green Building Council <br> 2101 L Street NW <br> Suite 500 <br> Washington, DC 20037 | | | Consideration: Trade debt | | | | 2,500.00 |
| **ACCOUNT NO.** <br><br> US Insulation Corp <br> 1897 Berlin Turnpike <br> Berlin, CT 06037 | | | Consideration: Trade debt | | | | 6,018.00 |
| **ACCOUNT NO.** <br><br> US Post Office <br> 9 Zeliff Place <br> Lincoln Park, NJ 07035 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> USICH MARKET <br> 58 DEER RUN ROAD <br> Avon, CT 06001 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** <br><br> UTSET, SERGIO & MERCY <br> 3500 HEBRON AVE. <br> Glastonbury, CT 06033 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

Sheet no. __1458__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 8,518.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        **Debtor**                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** V & F ENTERPRISES 7330 NW 66TH STREET & 65989 NW 74TH AVENUE Miami, FL  33166-3010 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** VAC & SEW CENTER 4215 BALCK HORSE PIKE Mays Landing, NJ  08330-3136 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** VACCARI, RICHARD 312 PULIS AVENUE Franklin Lakes, NJ  07417 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** VACCARO, GARY & DONNA 2 TOBIN COURT Dumont, NJ  07628 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** Vacumet 7259 Collection Center Drive Chicago, IL 60693 | | | Consideration: Wayne office lease | | | | 28,535.64 |

Sheet no. __1459__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ | 28,535.64

Total ► $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
           **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VAFIDIS, SOTIRIOS 12 GOUNDRY DRIVE Waterford, CT 06385 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VAID, SURINDER 6 FORD COURT Bergenfield, NJ 07621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VAINORIS, THERESA 66 MAGNOLIA STREET Newington, CT 06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VAIUSO, BARBARA 2311 BOSTON POST RD. Guilford, CT 06437 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALADE, JAN 33 ORCHARD ROAD Farmington, CT 06032 | | | | X | X | X | 0.00 |

Sheet no. __1460__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                          **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VALDEZ, CHRISCENSIA <br> 149 MANHATTAN TERRACE <br> Dumont, NJ 07628 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VALENCIA ASSOC @ KINGS POINT <br> 700 WEST <br> Delray Beach, FL 33446 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VALENTA, JERRY & SONS <br> 1083 GOFFLE ROAD <br> HAWTHORNE, NJ 07506 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VALENTI, CHRISTINA & JOSEPH <br> 233 HILLSIDE AVENUE <br> Cranford, NJ 07016-3409 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VALENTINO, MARY <br> 643 BLUEBELL ROAD <br> Williamstown, NJ 08094 | | | | X | X | X | 0.00 |

Sheet no. _146_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VALENTINO, MR. & MRS. 1475 5TH PLACE Vero Beach, FL  32962 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALERO GAS STATION 19 SAW MILL RIVER ROAD Hawthorne, NY  10532 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLA & ANTONELLI 102-45 JAMAICA AVE Richmond Hill, NY  11418 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLE VISTA LTD 755 EAST MAIN STREET Greenwood, IN, 46143 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY BROOK ASSOCIATION 1100 VALLEY BROOK AVENUE LYNDHURST, NJ 07071 | | | | X | X | X | 0.00 |

Sheet no. __1462__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                 **Debtor**                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VALLEY CENTER FOR WOMENS HEALTH 591 NORTH FRANKLIN TURNPIKE RAMSEY, NJ 07446 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY CTR FOR WOMENS HEALTH 1 GODWIN AVENUE Midland Park, NJ 07432 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY DIAGNOSTIC MEDICAL CTR 581 N FRANKLIN TURNPIKE RAMSEY, NJ 07446 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY MEDICAL/DR.COOPER'S OFF 220 HAMBURG TURNPIKE SUITE 3 Wayne, NJ 07470 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY NATIONAL BANK 1501 HAMBURG TURNPIKE Wayne, NJ 07470 | | | | X | X | X | 0.00 |

Sheet no. 1463 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Valley National Bank PO Box 953 Wayne, NJ 07474-0953 | | | | | | | 1,952.46 |
| ACCOUNT NO. | | | | | | | |
| VALLEY ROAD LIMITED 622 622-644 VALLEY ROAD Montclair, NJ 07043 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY TERRACE CONDO ASSOC 31 HINCHMAN AVENUE APT 1C WAYNE, NJ 07470 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY TERRACE CONDOS 20 KNOX TERRACE Wayne, NJ 07474 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VALLEY VIEW GARDEN HOMES MB 1336 VALLEY GROVE DRIVE Seffner, FL 33584 | | | | X | X | X | 0.00 |

Sheet no. __1464__of __1575__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    1,952.46

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                  Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VALLON, FREDERIC <br> 16 ROBINSON AVENUE <br> Bedford Hills, NY 10507 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VALLUZZO, NICHOLAS <br> 12 BANKS STREET <br> Danbury, CT 06810 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Valor Management Corp. <br> 200 South Michigan Avenue <br> Suite 1020 <br> Chicago, IL 60604 | | | Consideration: Trade debt | | | | 70,891.97 |
| ACCOUNT NO. <br><br> VAN ATTA, TRACEY <br> 595 CAVALCADE LANE <br> Warminster, PA 18974 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VAN BLARICOM, GENE&CATHY <br> BF <br> 347 DEEPWOOD DRIVE <br> Lebanon, CT 06249 | | | | X | X | X | 0.00 |

Sheet no. _1465_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 70,891.97

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| VAN BUSKIRK, MARY ANN 7 NUSTRA ISLA SPANISH LAKES FT PIERCE, FL  34951 | | | | | | | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VAN DERF FEEN, JESSICA 27 C BURGOYNE ST W Hartford, CT  06110-1423 | | | | | | | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VAN DYKE LIVING CENTER 644 GOFFLE ROAD HAWTHORNE, NJ  07506 | | | | | | | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VAN DYKES ASSISTED LIVING 197 CAHILL CROSS West Milford, NJ  07480 | | | | | | | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VAN DYKES ASSISTED LIVING 600-699 GOFFLE ROAD HAWTHORNE, NJ  07506 | | | | | | | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __1466__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $           0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VAN EK, JARED 118 MAITLAND AVENUE Hawthorne, NJ 07506 | | | | | | | 0.00 |
| ACCOUNT NO. VAN HOUTEN PLUMBING SUPPLY 810 MAIN STREET Passaic, NJ 07055 | | | | | | | 0.00 |
| ACCOUNT NO. VAN LEAR, DAVE 107 SHANNON DRIVE Pendleton, SC 29670 | | | | | | | 0.00 |
| ACCOUNT NO. VAN SCHOONHOVEN, BRIAN 45 ASHTON PLACE Glen Rock, NJ 07452 | | | | | | | 0.00 |
| ACCOUNT NO. VAN VALEN, SHELA 311 REVERE AVENUE Union, NJ 07083 | | | | | | | 0.00 |

Sheet no. 1467 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
          **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VANATTA, BARBARA <br> 66 GLEN AVENUE <br> Phillipsburg, NJ 08865 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANCOVER, DELORES <br> 30 BEACH POND ROAD <br> Voluntown, CT 06384 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANDERHOOF, VANESSA <br> 18 KOKORA AVENUE <br> MONTVILLE, NJ 07045 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANDERVEEN, FRED <br> 417 Dogwood Drive <br> Salisbury, MD 21801 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANDYK, MARVIN & GERTRUDE <br> 842 FOX HEDGE ROAD <br> Franklin Lakes, NJ 07417 | | | | X | X | X | 0.00 |

Sheet no. __1468__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VANE, DARCI <br> 41 FOX HILL LANE <br> ENFIELD, CT 06082-3843 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANEK, JARED <br> 118 MAITLAND AVENUE <br> Hawthorne, NJ 07506 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANESS, BERGENFIELD <br> 67 ARLINGTON AVENUE <br> BERGENFIELD, NJ 07621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANGARD INVESTMENT <br> 40 SAW MILL RIVER ROAD <br> HAWTHORNE, NY 00000 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VANGASBECK,TODD <br> 270 MOUNTAIN ROAD <br> Newington, CT 06111 | | | | X | X | X | 0.00 |

Sheet no. _1469_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸   $   0.00

Total ▸   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VANITY FAIR - UNIT 260<br>10,000 FACTORY SHOPS BLVD<br>Gulfport, MS, 39503 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VANNI, MELANIE & ED<br>39 HILLSIDE AVENUE<br>Newton, NJ 07860 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VANNOTE, JAMES & BRIDGETT<br>262 PARK STREET<br>Montclair, NJ 07042 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VANOVER, DOLORES<br>30 BEACH POND RD<br>Voluntown, CT 06384 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VANPETTEN, ANNAMAY<br>107 11TH AVENUE<br>Hawthorne, NJ 07506 | | | | X | X | X | 0.00 |

Sheet no. 1470 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VANSTEYN, GERARD 208 MACDONALD DRIVE Wayne, NJ 07470 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VARALLO, FRANK 6823 MILL ROAD EGG HARBOR TWNSHP, NJ 08243 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VARCO, SETTAIMO 323 GILL LANE APT 12D ISELIN, NJ 08830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VARDI 72 BALDWIN AVENUE JERSEY CITY, NJ 07306 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VARDOULAKIS, EUGENE 20 ELM RIDGE TERRACE Newington, CT 06111 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __147__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VARELA, ELLEN<br>11 APPLE MANOR LANE<br>EAST BRUNSWICK, NJ 08816 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VARELA, MARISOL<br>345 WEST GRAND STREET<br>Elizabeth, NJ 07207 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VARGAS, SALVADOR<br>61 GRAND STREET<br>Hartford, CT 06106 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VARGAS, WILLIAM<br>122 OLD IRONDALE ROD<br>Wharton, NJ 07885 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VARGHESE, JOHN & ALEYAMMA<br>2097 JOHN F KENNEDY BLVD<br>Jersey City, NJ 07305 | | | | X | X | X | 0.00 |

Sheet no. _1472_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $      0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
                          Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| VARGOSHE, PAULINE 70 CARRIAGE PATH SOUTH Milford, CT  06460 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VARON, ELISA & JEFFREY 13 KARAM CIRCLE West Orange, NJ  07052 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VARSITY LANDSCAPE 695 EAST MAIN STREET NANTICOKE, PA  18634 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VASQUEZ, LILIA 237 PATERSON AVENUE PATERSON, NJ  07502 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VASSAR BROTHERS HOSPITAL 45 READE PLACE Poughkeepsie, NY  12601 | | | | X | X | X | 0.00 |

Sheet no. _1473_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VASSAR, WILLIAM 126 RAAB AVENUE BLOOMFIELD, NJ 07003 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VASUDARA PROPERTIES 9500 HAYNE BOULEVARD New Orleans, LA, 70127 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VAUGHN, ANITA 30460 BEAVER DAM BRANCH RD Laurel, DE, 19956 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VAUGHN, SARA 92 MYRTLE AVENUE Washington, NJ 07882 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VEEVERS, DEBRA 521 OAKLAWN AVENUE Oaklyn, NJ 08107 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. 1474 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VEGA, MOISES<br>190 BELVIDERE AVE<br>JERSEY CITY, NJ  07306 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VEGA, NELLY<br>30 HARBISON STREET<br>Hartford, CT  06106 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VELASQUEZ, MARIA<br>143 STANWOOD AVENUE<br>New Britain, CT  06053 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VELEZ, HECTOR<br>619 VALLEY ROAD<br>Orange, NJ  07050-1122 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VELEZ, PEDRO<br>532 SPENCER STREET<br>ELIZABETH, NJ  07202 | | | | X | X | X | 0.00 |

Sheet no. _1475_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $        0.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                 Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VELIANSKI, STEVE <br> 82 BURNHAM DRIVE <br> Fords, NJ  08863 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VENDOLA, MICHAEL <br> 928 DOUGLAS TERRACE <br> Union, NJ  07083 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VENORA, DIANE & DAN <br> 289 NORTH QUAKER LANE <br> West Hartford, CT  06119 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VENTRE, CARMINE <br> 12 BROMLEY COURT <br> NEW PROVIDENCE, NJ  07974 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VENTURE, ANTHONY JR. <br> 21 GLEN ROAD <br> NORTH BRANFORD, CT  06471 | | | | X | X | X | 0.00 |

Sheet no. __1476__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                     Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Veolia ES Sold Waste of NJ 1 Center Court Suite C Totowa, NJ 07512 | | | | | | | 2,366.47 |
| ACCOUNT NO. | | | | | | | |
| VERAGE, RIDGEWOOD 566 LINWOOD AVENUE RIDGEWOOD, NJ 07450 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VERHEYEN, GEORGE 169 OX YOKE DRIVE Berlin, CT 06037 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VERIZON 8 PEPPERIDGE ROAD HOWELL, NJ | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Verizon PO Box 660720 Dallas, TX 75266-0720 | | | | | | | 1,186.23 |

Sheet no. __1477__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    3,552.70

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010 New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Verizon Wireless - NJ<br>PO Box 408<br>Newark, NJ 07101 | | | | | | | 16,572.78 |
| ACCOUNT NO.<br><br>VERME, KIMBERLY<br>1401 LITTLE MEADOW ROAD<br>Guilford, CT  06437 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VERMILLION HEALTH CARE<br>14008 CHENSAU RD.<br>Kaplan, LA, 70548 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VERNALI, SALVATORE<br>528 PENNFIELD ROAD<br>PORTLAND, CT  06480 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VERNON REALTY<br>11-12 30TH DRIVE<br>LONG ISLAND CITY, NY  11102 | | | | X | X | X | 0.00 |

Sheet no. _1478_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 16,572.78

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VERNON, TERRY<br>310 RICHLAND CREEK ROAD<br>Anderson, SC  29626 | | | | X | X | | 0.00 |
| ACCOUNT NO.<br><br>VERSACOLD  .<br>55 MURPHY DRIVE<br>AVON, MA  02332 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Vertical V - Northeast, Inc.<br>PO Box 93244<br>Las Vegas, NV 89193-3244 | | | Consideration: Trade debt | | | | 476.00 |
| ACCOUNT NO.<br><br>VERY, MICHELLE<br>179 NEWBERRY ROAD<br>South Windsor, CT  06074 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VETTER JOB/LINDY<br>PINE TREE VILLAGE<br>VERO BEACH, FL  32962 | | | | X | X | X | 0.00 |

Sheet no. __1479__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            476.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VETTER, ANITA - GG<br>374 FOREST HILL WAY<br>MOUNTAINSIDE, NJ 07092 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VFW<br>SEASIDES HEIGHTS, NJ 08751<br>SEASIDES HEIGHTS, NJ 08751 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VIAVODE, RON<br>215 15TH AVE.<br>VERO BEACH, FL 32962-2725 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VICENDESE, FRANK<br>122 PLAINFIELD AVENUE<br>BERKLEY HEIGHTS, NJ 07922 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VICKNAIR PRINTING<br>23525 EDEN ST.<br>Plaquemine, LA, 70764 | | | | X | X | X | 0.00 |

Sheet no. __1480__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| VICTOR, ERIC  TU 56 STEEP HILL ROAD Southport, CT  06890 |  |  |  | X | X | X | 0.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| VICTORIAN CONDO ASSOC 220 COLUMBIA DRIVE Cape Canaveral, FL  32920 |  |  |  | X | X | X | 0.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| VICTORICK, MARY 280 DAYTON ROAD SOUTH GLASTONBURY, CT 06033 |  |  |  | X | X | X | 0.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| VICTORY GARDENS 425 WASHINGTON AVENUE Dover, NJ  07801 |  |  |  | X | X | X | 0.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| VIDAL, CLARIBEL 123 SUSSEX ROAD BERGENFIELD, NJ 07621 |  |  |  | X | X | X | 0.00 |

Sheet no. __148__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30385

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VIEIRA, ELIOMAR 33-35 NEWTON STREET Hartford, CT  06106 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VIEWG 14 LOVELY DR. ENFIELD, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Litigation plaintiff | | | | |
| Vigilant Insurance Co. c/o John E. Lamastra, Esq. Daly, Lamastra & Cunningham Warren, NJ 07061 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VIGLIOTTI, RONALD 203 RADNOR AVENUE Pine Beach, NJ  08741 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VILLA RUSTICA I 19098 NW 57TH AVENUE MIAMI, FL  33015 | | | | X | X | X | 0.00 |

Sheet no. __1482__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VILLA RUSTICA II <br> 19010 NW 57TH AVE <br> MIAMI, FL  33015 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VILLA, HELEN <br> 86 LOUISANA AVE <br> BRISTOL, CT  06010 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VILLAGE AT TOWNPARK <br> 7610 RIVER OAK RUN <br> Bradenton, FL  34202 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VILLAGE GREEN APARTMENTS <br> 1103 TIGER BOULEVARD <br> CLEMSON, SC  29631 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Village North Condo Assoc Inc <br> PO Box 22051 <br> Lake Buena Vista, FL 32830-2051 | | | Consideration: Trade debt | | | | 2,320.16 |

Sheet no. __1483__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 2,320.16 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                        Debtor                                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VILLAGE OF BRONXVILLE<br>2 PAXTON AVENUE<br>BRONXVILLE, NY  10708 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VILLAGE OF HOLLEY<br>72 PUBLIC SQUARE<br>Holley, NY  14470 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VILLAGE OF OSSINING<br>1 WESTERLY ROAD<br>BAUMAN BUILDING<br>OSSINING, NY  10562 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VILLAGE OF TUCKAHOE<br>15 MARBLEDALE ROAD<br>Tuckahoe, NY  10707 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VILLAGE PAINT SUPPLY, INC<br>2084 BOSTON POST ROAD<br>LARCHMONT, NY | | | | X | X | X | 0.00 |

Sheet no. __1484__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,   Case No. _____
             **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| VILLALOBOS, DR VIVIAN 4806 BERGEN LINE AVENUE Union City, NJ  07087 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VILLAREAL, CARLOS 9 OAKLEDGE CIRCLE Norwalk, CT  06854 | | | . | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VILLAVASO INVESTMENTS 4100-4116 ENCAMPMENT ST. & 4101-4125 DAVEY STREET New Orleans, LA, 70122 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| VINCA, AMET 292 NORTH 8TH STREET PROSPECT PARK, NJ  07508 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | Consideration: Employment contract dispute | | | | |
| Vincent Tuzio c/o Neil Mullin, Esq. 24o Claremont Avenue Montclair, NJ 07042 | | | | X | X | X | 0.00 |

Sheet no. __1485__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   0.00

Total ➤ $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** VINCI, JAMES 972 LILLY POND LANE FRANKLIN LKS, NJ 07417 | | | | | | | 0.00 |
| **ACCOUNT NO.** VINCO PROPERTIES 16 CHESTNUT STREET Foxboro, MA 02035 | | | | | | | 0.00 |
| **ACCOUNT NO.** VIOLA, ALFRED 127 W HOLLY AVENUE Oaklyn, NJ 08107 | | | | | | | 0.00 |
| **ACCOUNT NO.** VIOLA, FRANK DS 153 GROVE STREET WEST HARTFORD, CT 06110 | | | | | | | 0.00 |
| **ACCOUNT NO.** Violation Processing Center PO Box 149003 Staten Island, NY 10314 | | | | | | | 39.55 |

Sheet no. __1486__ of __1575__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $            39.55

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VIRBELLA, JENNIFER <br> 46 SUMMER STREET <br> Waterbury, CT  06710 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VISCARDI, LAURA <br> 800 CLAUSS LANE <br> RIVERVALE, NJ  07675 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VISCI, TRACEY <br> 717 Rock Hill Court <br> Mauldin, SC  29607 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VISTA DEL LAGOS <br> 1225 NW 21ST ST <br> STUART, FL  34994 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> VISTA HARBOR <br> 100 VISTA ROYALE BLVD <br> Vero Beach, FL  32962 | | | | X | X | X | 0.00 |

Sheet no. _1487_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $           0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VISTA PINES VISTA PINES STUART, FL  32921 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VITA BUILT CONSTRUCTION LLC 779 BROWN CIRCLE PARAMUS, NJ 07652 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VITALE, JOSEPHINE 50 MASSACHUSETTS AVENUE East Haven, CT  06512 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VITALE, NEIL 257 MOLNAR DRIVE Elmwood Park, NJ  07407 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VITERI, PATRICIO 131 MILFORD AVENUE Stratford, CT  06615 | | | | X | X | X | 0.00 |

Sheet no. _1488_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $            0.00

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> VLACANCICH, MICHAEL & GINA <br> 488 FAIR LAWN PARKWAY <br> Saddle Brook, NJ 07663 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> VOCELLE, SUSAN <br> 2199 42ND COURT SW <br> Vero Beach, FL 32968 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> VODA, STEPHEN <br> 34 BALLANTINE ROAD <br> Highland Park, NJ 08904 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> VOGEL, STEVEN <br> 44 SAIL HARBOR DRIVE <br> New Fairfield, CT 06812 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> VOIT, CHRIS <br> 1105 VERMONT LANE <br> Downingtown, PA 19335 | | | | X | X | X | 0.00 |

Sheet no. 1489 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $ ____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                        **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VOLINO, DAVID<br>65 REA AVENUE<br>Hawthorne, NJ  07506 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VOLPE CONSTRUCTION<br>701 PALISADES AVENUE<br>ENGLEWOOD CLIFFS, NJ  07632 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VOLPE MONUMENT CO.<br>81 REED AVENUE<br>West Hartford, CT  06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VON DYKE, PETER & TONYA<br>1875 SYCAMORE LANE<br>Fernandina Beach, FL  32034 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>VOSE. HOWARD<br>25 EDGEWOOD TERRACE<br>DOVER, NJ  07801 | | | | X | X | X | 0.00 |

Sheet no. _1490_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VT2 MEDIA DESIGN 2401 W. BELLFORT Houston, TX 77054 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VUKICEVIC, CEDOMIR 36 SMOKEY RIDGE ROAD Ringwood, NJ 07456 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VUKSANIC, ROB 23 LORRIE LANE Wanaque, NJ 07465 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| VULLO, THERESA 63 RIDGEVIEW LANE MT ARLINGTON, NJ 07856 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| W & H ASSOCIATES 1580 PONTIAC AVENUE Cranston, RI, 02920 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30336

Sheet no. _149_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $   0.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| W.HTFD HOUSING AUTHORITY 80 SHIELD STREET West Hartford, CT 06110 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WACHOVIA BANK 199 N. OCEAN BLVD POMPANO BEACH, FL 11111 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WACHTELHAUSEN, ROBERTA 15 WOODSIDE CIRCLE Hartford, CT 06105 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WADE JAN 1508 OCEAN DRIVE #202 VERO BEACH, FL 32963 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WADE, DONALD 15 OLD LONG RIDGE ROAD Stamford, CT 06903 | | | | X | X | X | 0.00 |

Sheet no. __1492__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                        **Debtor**                                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WADE, URLIN 372 BROUGHTON AVENUE Bloomfield, NJ 07003 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WADSWORTH, SCOTT 283 MAIN STREET, APT C3 Farmington, CT 06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WAHL, HOLLY 92 SPOONVILLE ROAD East Granby, CT 06026 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WAIHAO CHEN 109 WEAVER DRIVE Marlton, NJ 08053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Wais, Steve 412 Market Street Pocomoke City, MD 21851 | | | | X | X | X | 0.00 |

Sheet no. 1493 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                  Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WAKEFERN FOOD CORP PWD PLAZA PO BOX 9050 JERICHO, NY 11753 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WAKELY, JOHN 14 WESTBROOK DRIVE Caldwell, NJ 07006 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WAKILE, KATHERINA 287 N ITH STREET PROSPECT PARK, NJ 07508-2038 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALDREP, THOMAS 33 DUKE STREET Greenville, SC 29605 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALDRON, BOB 223 SPRUCE BROOK ROAD Berlin, CT 06037 | | | | X | X | X | 0.00 |

Sheet no. 1494 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>WALDRUP, KATHY<br>207 FAIRFAX ROAD<br>EASLEY, SC  29642 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br><br>WALDWICK BOARD OF ED  .<br>155 SUMMIT AVENUE<br>Waldwick, NJ  07463 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br><br>WALDWICK FIRE DEPT<br>134 EAST PROSPECT STREET<br>Waldwick, NJ  07463 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br><br>WALDWICK SCHOOL FIELD HOUSE<br>155 SUMMIT AVENUE<br>Waldwick, NJ  07463 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.**<br><br>WALES, JOHN<br>3217 DOLPHIN DRIVE<br>Gulf Shores, AL, 36542 | | | | X | X | X | 0.00 |

Sheet no. _1495_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  |  $  |  0.00
Total ➤  |  $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WALKER, CHRISTINE 2035 55TH AVENUE Vero Beach, FL 32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALKER, DENNIS 1635 CHERRYSTONE WAY Vero Beach, FL 32963 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALKER, HARRIET 402 OAK AVENUE Sebring, FL 33870 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALKER, JAMES & ESSIE 313 CEDARWOOD RANCH ROAD Westminster, SC 29693 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALKER, JON & KERI 30 GRISWOLD ROAD Rye, NY 10580 | | | | X | X | X | 0.00 |

Sheet no. __1496__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____,     Case No. _____
                    **Debtor**                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WALKER, JOSEPH 23 NORTH MAIN STREET Marlboro, NJ 07746 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALKER, MARK 295 SMITH HILL ROAD Colebrook, CT 06021 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALKER-OUIDAD, CHERYL 25 N. PASCACK ROAD SPRING VALLEY, NY 10977 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALL 320 E. PRICE STREET LINDEN, NJ 07036 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALLACE, HUGH & PHYLLIS 1418 LONG HILL ROAD MILLINGTON, NJ 07946 | | | | X | X | X | 0.00 |

Sheet no. 1497 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WALLACE, SCOTT 54 BOULDER COURT Mystic, CT  06355 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALLACE, STRATFORD 30 WINDING LANE GREENWICH, CT  06831 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALLACH, KURT 5230 ST ARMENDS GRAND HARBOR VERO BEACH, FL  32967 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALLING, MARY 45 OLD MILL ROAD Old Bridge, NJ  08857 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WALLINGFORD POLICE DEPT 135 MAIN STREET Wallingford, CT  06492 | | | | X | X | X | 0.00 |

Sheet no. _1498_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $        0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
              **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> WALLINGFORD SENIOR CENTER <br> 238 WASHINGTON ST. <br> Wallingford, CT 06492 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> Wallington Plumbing & Heating <br> 21 Passaic Ave <br> Fairfield, NJ 07004 | | | Consideration: Trade debt | | | | 4,965.86 |
| ACCOUNT NO. <br> WALLKILL PUBLIC LIBRARY <br> 7 BONA VENTURA AVENUE <br> Wallkill, NY 12589 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> WALMER, BENJAMIN & RANA <br> 34 FLOCKTOWN ROAD <br> Long Valley, NJ 07853-3542 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br> WALSH , STEVEN <br> 19 ORCHARD RD <br> FARMINGTON, CT 06032 | | | | X | X | X | 0.00 |

Sheet no. 1499 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  4,965.86

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                  **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WALSH, KATHLEEN 105 DRAKE LANE LEDGEWOOD, NJ 07852 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALSH, SARAH 49 SOUTHRIDGE COURT Ridgefield, CT 06877 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALTERS, STEVEN 169 WOODROW STREET W Hartford, CT 06117 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WALZ, STEPHEN 156 MAIN STREET Hackensack, NJ 07601 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WAMPANOAG COUNTRY CLUB 60 WAMPANOAG DRIVE West Hartford, CT 06119 | | | | X | X | X | 0.00 |

Sheet no. 1500 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)