B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                  **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WANG, KENNETH 993 FIFTH AVENUE APARTMENT 3B New York, NY 10028 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WANG/YEOH KENNETH & DEBORAH 993 FIFTH AVENUE APT 3B New York, NY 10028 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WARCHLIK, SUSAN 122 ISLAND AVENUE LITTLE FALLS, NJ 07424-1221 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WARD, ANN 730 SABLE LANE Mount Laurel, NJ 08054 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WARD, ELSA 1400 5TH AVENUE APT 7A NEW YORK, NY 10026 | | | | X | X | X | 0.00 |

Sheet no. 1501 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WARD, MADALINE 1104 EAST 23RD STREET Paterson, NJ 07513-1625 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARD, RICHARD 158 FARRELL ROAD Waterbury, CT 06706 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARE-MCKAY, STEPHANIE 265 SMITH STREET Newark, NJ 07106 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARREN, MARLON 4 MISSOURI TRAIL Hopatcong, NJ 07843-1730 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARREN, RUSSELL 11 FIELD POINT ROAD GREENWICH, CT 06830 | | | | | | | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

Sheet no. _1502_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WARREN, SHARON 239 THOMAS LANE CENTRAL, SC  29630 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARRENDER, MARILYN 734 GOLF TERRACE ROSELLE, NJ  07203 | | . | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARTEL, MICHAEL 202-47 SOUNDVIEW AVENUE Stamford, CT  06902 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARWICK COUNTRY CLUB 394 NARAGANSETT BAY AVENUE Warwick, RI, 02889 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WARWICK COUNTRY CLUB 46 OAKLAND AVENUE Warwick, NY  10990 | | | | X | X | X | 0.00 |

Sheet no. _1503_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,      Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  WARWICK INTERNATIONAL HOTEL 65 WEST 54TH STREET New York, NY 10019 | | | | | | | 0.00 |
| ACCOUNT NO.  WARYCHA, PETER & HELEN 9 FAIRMONT AVENUE Terryville, CT 06786 | | | | | | | 0.00 |
| ACCOUNT NO.  WASCHAK, GREG 48 SYLVAN ST. Avon, CT 06001 | | | | | | | 0.00 |
| ACCOUNT NO.  WASHECK, GINGER 7951 SW SPRINGHAVEN AVE Indiantown, FL 34956 | | | | | | | 0.00 |
| ACCOUNT NO.  WASHINGTON HTS ANIMAL HOSPITAL 2414 AMSTERDAM AVEUE NEW YORK, NY 10033 | | | | | | | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

Sheet no. _1504_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
                         **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WASHINGTON MUTUAL <br> 300 MAIN STREET <br> ORANGE, NJ  07051 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Wasielewski, Robert <br> 200 South Michigan Avenue <br> Suite 1020 <br> Chicago, IL 60604 | | | | | | | 347.35 |
| ACCOUNT NO. <br><br> WASLIEWSKI,STAN <br> 30 WOODLAND STREET <br> Hartford, CT  06105 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WASMER, CURTIS <br> 3220 MURKLE ROAD <br> Westminster, MD  21158 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WASSERMAN, ALFA <br> 4 HENDERSON DROVE <br> West Caldwell, NJ  07006 | | | | X | X | X | 0.00 |

Sheet no. 1505 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   347.35

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                      Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WASSERMAN, GANGA 11085 MULBERRY STREET SEBASTIAN, FL  32958 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WASSERMAN, ROBERT & ROBYN 56 EAST SHORE BOULEVARD Unionville, CT  06085 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATERBURY SHERATON HOTEL EAST MAIN ST Waterbury, CT  06705 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATERBURY TOWING & RECOVERY 77 WASHINGTON AVENUE Waterbury, CT  06701 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATERFORD HOTEL GROUP 181 WEST TOWN ST. Norwich, CT  06360 | | | | X | X | X | 0.00 |

Sheet no. _1506_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤         $          0.00

Total ➤         $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WATERS, ALYCE 58 CHERRY STREET Jersey City, NJ 07305 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATKINS COMM MUSEUM OF HISTORY 3400 PLANTATION DRIVE Lincoln, NE, 68516 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATKINS, ROSETTA 43 CLEVELAND AVENUE HARTFORD, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATSON, ANN 242 OCEAN DRIVE TEQUESTA, FL 33469 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATSON, BILL & SHARON 80 Elbridge Road New Britain, CT 06052 | | | | X | X | X | 0.00 |

Sheet no. 1507 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WATSON, ELIZABETH 860 UNITED NATIONALS PLAZA New York, NY 10017 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WATTERS, SCOTT & JULIE 890 SPRING VALLEY ROAD Maywood, NJ 07607 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WAY, LEN 29 ARNOLDALE W Hartford, CT 06119 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WAYNE BD OF ED 50 NELLIS DRIVE Wayne, NJ 07470 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WAYNE FIRE DEPT 97 PARISH DRIVE Wayne, NJ 07470 | | | | X | X | X | 0.00 |

Sheet no. _1508_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,   Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WE'RE ASSOCIATES <br> 50 JERICHO QUADRANGLE AND 2 <br> HUNTINGTON QUAD <br> Jericho, NY  11753 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WEAKLEY, JAMES & LAURA <br> 6 POPOMORA DRIVE <br> Rumson, NJ  07760 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WEAVER LANDMARKS LLC <br> 4158 DUNROAMIN ROAD <br> WALL TOWNSHIP, NJ  07727 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WEAVER, RON <br> 104 FAIRFAX DRIVE <br> Greenville, SC  29617 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WEBBER KWK HAMNER LLC <br> 99 HAMNER STREET <br> Hartford, CT  06114 | | | | X | X | X | 0.00 |

Sheet no. _1509_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| WEBSTER, CHARLES 145 PARSONAGE RD. GREENWICH, CT .06830 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEDNICHUK, KATHERINE 360-362 FORBES ST. East Hartford, CT  06118 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEEKLEY, CARMEN 132 Cochran Drive Greenville, SC  29611 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEHNER 445 ELIZABETH STREET NEW MILFORD, NJ  07646 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEHNER, DAVID 9 LUCILLE AVENUE Dumont, NJ  07628 | | | | X | X | X | 0.00 |

Sheet no. __1510__ of __1575__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 20386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WEIBYE, RONALD & MARGARET 13 WAREWOODS ROAD Saddle River, NJ  07458 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEILL MEDICAL COLLEGE 445 EAST 69TH STREET SUITE 417 New York, NY  10021 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEINBAUM, MARJORIE 123D BRITTANY FARMS RD New Britain, CT  06053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEINERT, JAMES 100 REMINGTON COURT GREENVILLE, SC  29605 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEINSTEIN, DON & DORIA 509 CARRIAGE DRIVE Orange, CT  06477 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __151__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| WEINZIERL GARAGE INC 10 D STREET Johnstown, PA  15906 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEIR, ROY 13 HIGH HILL RD BLOOMFIELD, CT | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEISEL, JOHN 215 UPPER MOUNTAIN AVENUE Montclair, NJ  07043 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEISMAN, LORRAINE 1835 NW 13TH ST, APT 101 PINES OF DELRAY BEACH NORTH DELRAY BEACH, FL  33455 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WEISS, HOWARD 25 HOFFMAN STREET Maplewood, NJ  07040 | | | | X | X | X | 0.00 |

Sheet no. _1512_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ |  0.00

Total ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WEISS, KURT<br>495 COLONIAL BOULEVARD<br>WASHINGTON, NJ  07882 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WEISS, LIMOR<br>320 HARRISON AVENUE<br>Hasbrouck Heights, NJ  07604 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WEISSMAN, MARK<br>36 KOSSMAN STREET<br>East Brunswick, NJ  08816 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WEISTROPE, DAVE<br>424 EAST 52ND STREET<br>NEW YORK, NY | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WELCH, DEBBIE<br>290 SUMMIT AVENUE<br>Summit, NJ  07901 | | | | X | X | X | 0.00 |

Sheet no. __1513__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WELCH, MICHAEL 269 CHURCH ST. Maple Hill, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WELLESLEY LIBRARY 525 WASHINGTON STREET C/O SELECTMANS OFFICE 3RD FLOO WELLESLEY, MA  02482 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WELLET, JUSTINA 43 SECRETARIAT STREET Howell, NJ  07731 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Toshiba 4511 lease | | | | |
| Wells Fargo Financial Leasing PO Box 6434 Carol Stream, IL 60197-6434 | | | | | | | 1,525.33 |
| ACCOUNT NO. | | | | | | | |
| WELLS REIT II 80 PARK PLAZA Newark, NJ  07102 | | | | X | X | X | 0.00 |

Sheet no. __1514__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        1,525.33

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WELLS REIT II 80 PARK PLAZA 80 PARK PLAZA Newark, NJ 07102 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WELLS, MELVIN 197-199 FITCH ST. NEW NHAVEN, CT 06515 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WELLS, MICHELLE 39 HARRISON AVENUE #12 Montclair, NJ 07042 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WELLS, VIRGINIA 200 SEABURY DRIVE UNIT 4181 BLOOMFIELD, CT 06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WELLSLEY SUNRISE INN 13600 SW 2ND ST SUNRISE, FL 33325 | | | | X | X | X | 0.00 |

Sheet no. _1515_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 0.00

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____ ,    Case No. _____
                 Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WELSH, EARL<br>5416 FROSTHOFFER AVENUE<br>PENNSAUKEN, NJ 08109 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WELT & DAVID, PC<br>1373 BROAD STREET<br>Clifton, NJ 07013 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WENDER, NANCY<br>145 HUDSON STREET<br>New York, NY 10013 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WENTWORTH ESTATES<br>448 COLD SPRING AVENUE<br>West Springfield, MA 01089 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WERBEL, HERMAN & ELEANOR<br>22 CHARLES STREET<br>Livingston, NJ 07039 | | | | X | X | X | 0.00 |

Sheet no. _1516_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
          Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WERBER, PEARL 4500 GEFION CT UNIT 201 LAKE WORTH, FL  33467 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WERNER, ASHLEY 28 HOPSON AVENUE Little Falls, NJ  07424 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WERTENTIEL, MARK & ILANA 1326 HASTINGS STREET Teaneck, NJ  07666 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WESLEY GARDENS 50 BROADWAY 4TH FLOOR New York, NY  10004 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEST ASHLEY MIDDLE SCHOOL 1776 WILLIAM KENNERTY DRIVE Charleston, SC  29414 | | | | | | | 0.00 |

Sheet no. _1517_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-740  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WEST BAY POINT & MOORING 6500 FLOTILLA DRIVE HOLMES BEACH, FL  34217 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEST BOCA MEDICAL CENTER 9960 N. CENTRAL PARK Boca Raton, FL  33428 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEST END SHOPPING CENTER 500 WEST MAIN STREET EASLEY, SC  29640 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEST HTFD HOUSING AUTHORITY 80 SHIELD STREET West Hartford, CT  06110 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WEST, MICHAEL 112 TRUPENNY TURN Middletown, DE, 19709 | | | | X | X | X | 0.00 |

Sheet no. _151_ of _157_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $ | 0.00 |

Total ➤   | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-769 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,        Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WESTBAY COVE SOUTH 707 MANATEE AVENUE Bradenton, FL 34202 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Western Carpet 202 Wythe Avenue Brooklyn, NY 11211-0011 | | | | | | | 5,778.41 |
| ACCOUNT NO. | | | | | | | |
| WESTERVELT, DARLENE 455 NORTH AVENUE Wood Ridge, NJ 07075 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WESTFORD CONGREGATIONAL CHURCH 368 WESTFORD HILL ROAD Ashford, CT 06278 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WESTFORT, RICHARD 543 ALLEN AVENUE Meriden, CT 06451 | | | | X | X | X | 0.00 |

Sheet no. __1519__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 5,778.41

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
                     **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WESTFORT, RICHARD 65 WESTFORD DRIVE Meriden, CT  06451 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WESTHAVER SUZANNE &  . RICHARD 110 QUINN STREET NAUGATUCK, CT  06770 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WESTON, MICHELLE 15 ENSIGN STREET East Hartford, CT  06118 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WESTPORT ESTATES, LLC 71 BRYAN SHORE DRIVE GREENWICH, CT  06830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WESTVIEW COUNTRY CLUB 2601 NW 119TH STREET Miami, FL  33167 | | | | X | X | X | 0.00 |

Sheet no. _1520_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $            0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WETHERSFIELD HOUSING AUTH <br><br> 33 - 35 BOARDMAN TERRACE <br> Wethersfield, CT  06109 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WETMORE, E.L. <br> 325 AMITY RD. <br> Bethany, CT  06524 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WEXFORD CONDOS <br> 100 WEXFORD DRIVE <br> ANDERSON, SC  29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WEXLER, JACK <br> 4101 OCEAN DRIVE #3C <br> Vero Beach, FL  32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WGYL / WTTB <br> 16TH STREET <br> Vero Beach, FL  32960 | | | | X | X | X | 0.00 |

Sheet no. _1521_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $          0.00

Total➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

**B6F (Official Form 6F) (12/07) - Cont.**

In re _____ ,          Case No. _____
               **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WHALEY, RICHARD 21493 Island Club Road Tilghman, MD 21671 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WHARFSIDE COMMONS 70 FERRY STREET MIDDLETOWN, CT 06457 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WHARTON, DOROTHY 48 HILLSBORO DR. WEST HARTFORD, CT 06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WHARTON, MARY 35982 ZION CHURCH ROAD Frankford, DE, 19945 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WHEATLEY, JEFFREY B. 166 LEMANS DRIVE ANDERSON, SC 29626 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __1522__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WHEELER, TONI 26 CATHY LANE WATERBURY, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITAKER, JERRY 1126 Sunset Lane Anderson, SC  29626 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| White Plains Road 4250-4280 White Plains Road Bronx, NY  10466 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITE SANDS VFW SEASIDE HEIGHTS Seaside Heights, NJ  08751 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITE, DOROTHY 118 WATERSIDE LANE West Hartford, CT  06107 | | | | X | X | X | 0.00 |

Sheet no. __1523__ of __1575__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $ | 0.00

Total ➤   | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386*

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                        Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WHITE, JAMES 11 BARRY LANE Windsor, CT 06095 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITE, JOSEPH 1478 15TH STREET Fort Lee, NJ 07024 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITE, LILLIAN 1008 COVE CIRCLE ANDERSON, SC 29626 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITE, LORNA 3 CRIMSON LANE Mine Hill, NJ 07803 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| White, Margaret 128 Lakeside Drive Plantations East Lewes, DE, 19958 | | | | X | X | X | 0.00 |

Sheet no. _1524_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WHITE, ROBERT 521 EAST POINT PLEASANT AVE Ocean Gate, NJ 08740 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITE-REID, KAREN 12043 NW 57TH ST CORAL SPRINGS, FL 33076 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITESELL, DANIEL 30 LOOMIS AVENUE Windsor, CT 06095 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITESIDE, DIANE 23 HARMONY ROAD Bristol, CT 06010 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Whitewood Electrical Contr 31 Phoenix Drive Mendham, NJ 07945 | | | Consideration: Trade debt | | | | 2,030.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 10386

Sheet no. _1525_ of _1575_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  2,030.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
              Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Whitley, Robert <br> 199 N. Broad Street <br> Doylestown, PA  18901 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WHITMAN, LISA & BRIAN <br> 129 BUTTERWORTHS BOGGS ROAD <br> TABERNACLE, NJ  08088-9373 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WHITTINGTON, RICK <br> 102 ORR STREET <br> ANDERSON, SC  29654 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WHOLLEY, TOM <br> 62 JASMINE LANE <br> Glastonbury, CT  06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WHOLLEY, TOM <br> RIDGE RD <br> GLASTONBURY, CT  06033 | | | | X | X | X | 0.00 |

Sheet no. __1526__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WICAS, EDWARD<br>284 CEDAR RIDGE DRIVE<br>Glastonbury, CT  06033 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WICKERSHAM, DEBORAH<br>19 GORDANVILLE ROAD<br>Aston, PA  19014 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WIEDIGER, CAROL<br>212 RESERVOIR DRIVE<br>New Britain, CT  06052 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WIEGAND, SALLY<br> & KEYES, THOMAS<br>29 HILL CREST DRIVE<br>Ashford, CT  06278 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WIESNER, BETTY<br>116 PROSPECT STREET<br>East Hartford, CT  06108 | | | | | | | 0.00 |

Sheet no. 1527 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WIETER, CHRIS 5454 Highway 201 IVA  SC  29655 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WIGFIELD, ERNEST 339 OLD TAPPAN ROAD OLD TAPPAN, NJ  07675 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WIGGINS DISCOUNT LUMBER 664 WEST FRONTAGE ROAD Wiggins, MS, 39577 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILCOX REALTY 24 WILCOX STREET Springfield, MA  01105 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILCOX, BILL 5 ERTEL DRIVE Vernon Rockville, CT  06066 | | | | X | X | X | 0.00 |

Sheet no. _1528_ of _1575_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
           **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WILCOX, BRENDA 215 GROVE ST New Milford, CT  06776 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILCOX, SARAH 19 BARTON HILL ROAD EAST HAMPTON, CT  06424 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILD, VICKY 60 MAIN STREET East Hampton, CT  06424 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILGUS REHOBOTH REALTY 32701 Lighthouse Road Selbyville, DE, 19975 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILKIE, RITA 94 CHESTER ST. EAST HARTFORD, CT  06108 | | | | X | X | X | 0.00 |

Sheet no. __1529__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $ 0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                            **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Wilkins Electric, LLC 216 Wycliffe Drive Greer, SC 29650 | | | Consideration: Trade debt | | | | 12,456.53 |
| ACCOUNT NO. WILKINS, THOMAS 3 HUNTER DR. WEST HARTFORD, CT 06107 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILKINSON, BARBARA PROPAT 79 STEEP ROAD SOUTH WINDSOR, CT 06074 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAM 35 HALLER DRIVE CEDAR GROVE, NJ 07009 | | | | X | X | X | 0.00 |
| ACCOUNT NO. William Anderson 37 Country Farm Lane New Milford, CT 06776 | | | | X | X | X | 0.00 |

Sheet no. _1530_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 12,456.53
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Williams Run Appartments Westdale Asset Management 3300 Commerce Street Dallas, TX 75226-1632 | | | | X | X | X | 0.00 |
| ACCOUNT NO. Williams Scotsman, Inc. PO Box 91975 Chicago, IL 60693-1975 | | | Consideration: Trade debt | | | | 84,758.40 |
| ACCOUNT NO. WILLIAMS SECURITY 1881 BROADWAY New York, NY 10023 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, AMY 247 PUTNUM STREET Hartford, CT 06106 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, CARL 10 KELLY COURT East Haven, CT 06512 | | | | X | X | X | 0.00 |

Sheet no. _153_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 84,758.40

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,      Case No. _____
                    **Debtor**                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WILLIAMS, CARLTON 458 CHIPPENDALE LANE BOILING SPRINGS, SC  29316 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, DEBBIE 38 PINE DRIVE EMERSON, NJ  07630 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, FRED 13 MENNA ROAD Ansonia, CT  06401 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, HENRY 993 RATZER ROAD Wayne, NJ  07470 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, JACK 38 STAFFORD STREET Stafford Springs, CT  06076 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749  -  30386

Sheet no. _1532_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 0.00

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
               **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WILLIAMS, KEVIN <br> 3 CARLOTN AVENUE <br> Harrington Park, NJ  07640 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WILLIAMS, LINDA <br> 741 NATURES WAY <br> Franklin Lakes, NJ  07417 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WILLIAMS, RICHARD <br> 18 HIGH STREET <br> Farmington, CT  06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> Williams, Ron <br> 215 Harper Street <br> Williamston, SC  29697 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WILLIAMS, RON <br> 24 ROSSIE PENTWAY <br> Mystic, CT  06355 | | | | X | X | X | 0.00 |

Sheet no. _1533_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $      0.00

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                    **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WILLIAMS, RON 24 ROSSIE PENTWAY MYSTIC, CT 06355 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, STEPHEN 364 HOWE AVENUE Passaic, NJ 07055 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, SUZANNE 117 HAWKS NEST CIRCLE Middletown, CT 06457 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIAMS, UNA 260 TUTHILL STREET West Haven, CT 06516 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WILLIS, JOHN 91 OLD MONSON ROAD Stafford Springs, CT 06076 | | | | X | X | X | 0.00 |

Sheet no. 1534 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILLIS, BETTY<br>200 SEABURY DRIVE<br>UNIT 5187<br>BLOOMFIELD, CT  06002 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WILLIS, KENNETH<br>168 TAMARACK CIRCLE<br>Skillman, NJ  08558 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WILLIS, MICHAEL<br>1877 WEST BEACH BLVD<br>GULF SHORES, AL, 36542 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WILLIS, TOBY & BRENDY<br>1495 BIG MARROWBONE ROAD<br>Ashland City, TN, 37015 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WILLOWS MOTOR SPORTS<br>1555 HIGHLAND AVENUE<br>Cheshire, CT  06410 | | | | X | X | X | 0.00 |

Sheet no. __1535__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $            0.00
Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WILSON OIL 221 ROGERD LANE Wallingford, PA  19086 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON WOODALE FUN. 1553 WOODALE BLVD. Baton Rouge, LA, 70806 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON, BRUCE R. PO BOX 399 GREENWOOD, SC  29648 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON, CAROL 430 BUNKER HILL Coventry, CT  06238 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON, CAROL 88 SKY TOP DRIVE Fairfield, CT  06825 | | | | X | X | X | 0.00 |

Bankcrptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. 1536 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WILSON, MARJORIE 19 DIANE DRIVE Vernon, CT  06066 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON, NEIL & LAURIE 60 SUMMERSWEET LANE NEW CANANN, MA  06840 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON,JIM PINE TREE APT B-6 1901 INDIAN RIVER BLVD VERO BEACH, FL  32960 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WILTSIE, KAREN & BILL 351 WEST HILL ROAD Stamford, CT  06902 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WIMBERLY, LISA 4 GORHAM AVENUE Bloomfield, CT  06002 | | | | X | X | X | 0.00 |

Sheet no. _1537_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WINAGER, SYLVIA 30 HENDERSON STREET Oxford, NJ  07863 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WIND, BRAD 37 WESCOTT ROAD Bedminster, NJ  07921 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WINDHAM,RICHARD 430 NORTH 5TH STREET Newark, NJ  07107 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WINDSWEPT GARDENS 50 BROADWAY 4TH FLOOR New York, NY  10004 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WINN DIXIE STORE #2349 4870 KINGS HIGHWAY Fort Pierce, FL  34951 | | | | | | | 0.00 |

Sheet no. _1538_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $        0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WINN, JASON 15 BENEDICT COURT GREENWICH,, CT  06830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WINNE, MARK & MICHELLE 585 NORTH MAIN STREET Suffield, CT  06078 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WINSTON, BARRY 310 POND COURT WASHINGTON TWNSHP, NJ 07676 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WINTERHALTER, MONTE 53 ISLAND GREEN Glastonbury, CT  06033 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WINTHROP, MARIA 59 NORTH FARMS RD AVON, CT  06001 | | | | X | X | X | 0.00 |

Sheet no. _1539_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WINTSCH, FRED 78 BANTA LANE Durham, CT 06422 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WIRELESS FACTORY LLC 59 SOUTH WASHINGTON AVE Bergenfield, NJ 07621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WISE, LAURA 217 WEST SPRING ST West Haven, CT 06516 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WISEMAN, TED & JEAN 7 BALDWIN DRIVE Waterford, CT 06385 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WISHLIST 264 YORK STREET New Haven, CT 06511 | | | | X | X | X | 0.00 |

Banktupty2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. _1540_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                     Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WISHLIST OF DARIAN, INC.<br>254 YORK STREET<br>New Haven, CT 06511 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WISHLIST OF NEW HAVEN INC.<br>264 YORK STREET<br>New Haven, CT 06511 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WISNEIWSKI, MICHAEL<br>33 ROOSEVELT AVENUE<br>Clifton, NJ 07011 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WITTICH<br>11 KILMER ROAD<br>LARCHMONT, NY 10538-2608 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>WIZWER, SHERRY<br>140 OAK RIDGE DR.<br>Windsor Locks, CT 06096 | | | | X | X | X | 0.00 |

Sheet no. _154_ of _157_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ 0.00

Total ➤  $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WJ BOKUS 30 MILL ROAD Greenfield Center, NY  12833 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WLODKOWSKI, STEVE 171 MICA HILL ROAD Durham, CT  06422 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WM REALTY 71 UNION AVENUE RUTHERFORD, NJ 07070 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WNUK, ANDREW 41 SCHOFIELD ROAD Willington, CT  06279 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOJICK, JOHN 33 HARMONY RD. FORESTVILLE, CT  06010 | | | | X | X | X | 0.00 |

Sheet no. __1542__ of __1575__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  | $ | 0.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WOJTKIELEWICZ, WANDA & JOE<br><br>158 GOLD STREET<br>New Britain, CT  06050 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOLCOTT, DONNA<br>80 BOWEN STREET<br>HAMDEN, CT 06514 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOLD, JODY<br>86 HARRINGTON AVENUE<br>Westwood, NJ  07675 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOLSCHINA, ELSA<br>21 COUNTY ROAD 635<br>Hampton, NJ  08827 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOMENS EMPLOYMENT CENTER<br>198 BROADWAY<br>SUITE 400<br>NEW YORK, NY  10038 | | | | X | X | X | 0.00 |

Sheet no. __1543__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WOMENS HEALTH GROUP <br> 2301 SILAS DEANE HIGHWAY <br> Rocky Hill, CT 06067 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WONG, MARIA <br> 4370 HUNTERS PASS <br> Spring Hill, FL 34609 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WONG, RICHARD <br> 162 SADLER ROAD <br> BLOOMFIELD, NJ 07003 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WOOD, CYNTHIA <br> 19 ELEANOR PLACE <br> Newington, CT 06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> WOOD, LILLIAN <br> 228 MAIN ST. <br> Glastonbury, CT 06033 | | | | X | X | X | 0.00 |

Sheet no. __1544__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                     Case No. _____
                          Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** WOOD, PAMELA 19 ELEANOR PLACE Newington, CT  06111 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** WOOD, TAMMY 112 STONER DRIVE WEST HARTFORD, CT | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** WOODBURY COMMONS 498 RED APPLE COURT CENTRAL VALLEY, NY  10917 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** WOODGLEN TREE SERVICE 206 SASSAFRAS LANE Glen Gardner, NJ  08826 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** WOODLAND HILLS ASSOCIATION 36 MAURA LANE Danbury, CT  06810 | | | | X | X | X | 0.00 |

Sheet no. _1545_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $          0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |||||||  |
| WOODLAND RUN APARTMENTS 1388 COUNTRY CLUB ROAD Gulf Breeze, FL 32563 |||| X | X | X | 0.00 |
| ACCOUNT NO. |||||||  |
| WOODRUFF AGENCY 10 NORTH MAIN STREET West Hartford, CT 06107 |||| X | X | X | 0.00 |
| ACCOUNT NO. |||||||  |
| WOODRUFF, CLAUDE 2787 MICHIGAN AVENUE Kissimmee, FL 34744 |||| X | X | X | 0.00 |
| ACCOUNT NO. |||||||  |
| WOODS AT PINEBROOK 5726 CORTEZ RD W, #193 Bradenton, FL 34210 |||| X | X | X | 0.00 |
| ACCOUNT NO. |||||||  |
| Woods Martin 32 Uplands Drive West Hartford, CT 06107 ||| Consideration: Trade debt |||| 1,427.39 |

Sheet no. __1546__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,427.39

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                Case No. _____
                        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WOODS NJ/ALEXSANDRO 101 NEWTON RD DANBURY, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOODS RESTORATION LLC 51 MASELLI ROAD Newington, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOODS RESTORATION SERVICES TENANT IMPROVEMENT 398 STAMM ROAD Newington, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Woods Restoration Svc of South Carolina 4533 Highway 81N Anderson, SC  29621 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOODS RESTORATION:OFFICE 62-64 FENNER AVE Clifton, NJ  07013 | | | | X | X | X | 0.00 |

Sheet no. __1547__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $       0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749  -  30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,   Case No. _____
                   **Debtor**                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WOODS, ANDREW <br> 15 MAPLE AVE <br> Closter, NJ 07624 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> WOODS, BESSIE <br> 120 PORTIA LA., <br> Roxboro, NC, 27574 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> WOODS, DOUGLAS & SAGE, RAE <br> 14366 TWISTED BRANCH ROAD <br> Poway, CA 92064 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> WOODS, MARTIN <br> 32 UPLANDS DRIVE <br> West Hartford, CT 06107 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> WOODS, NANCY <br> 11 CENTRAL AVENUE <br> Demarest, NJ 07627 | | | | | | | 0.00 |

Sheet no. _1548_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| WOODS, PAULINE 11 CENTRAL AVENUE DEMAREST, NJ  07627 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WOODS, PHILIP 10 SUNFIELD LANE West Hartford, CT  06107 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WOODS, PHILIP C 289 NEWINGTON ROAD Newington, CT  06111 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WOODS, TIM 100 CENTRAL AVENUE HILLSIDE, NJ  07642 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WOODS, TIMOTHY 12 DEMAREST AVENUE DEMAREST, NJ  07627 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  -  30386

Sheet no. __1549__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤          $          0.00

Total ➤          $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                      Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WOODS, VEARMEAIL 93 JULIUS STREET Hartford, CT  06114 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOODS/CAP EX/MARKETING THE CONVENTION CENTER Newington, CT  06111 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOOLDRIDGE, WILLIAM 226 BRIARWOOD DR. Manchester, CT  06040 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOOSTER PARKING GARAGE 199 STATE STREET BROOKLYN, NY  11201 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WOOTEN, JAMES 115 COLVIN ROAD Greenville, SC  29615 | | | | | | | 0.00 |

Sheet no. __1550__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
                          **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WOOTEN, JOHN & PATRICIA 50 STONE STREET Stamford, CT  06902 | | | | | | | 0.00 |
| ACCOUNT NO. WORMAN, DOUGLAS 114 HIGHLAND ROAD Rye, NY  10580-1708 | | | | | | | 0.00 |
| ACCOUNT NO. WORMS, ARNO 2603 COVERDALE DRIVE Orlando, FL  32808 | | | | | | | 0.00 |
| ACCOUNT NO. WORTHAM INS. BROKERS 2727 ALLEN PARKWAY Houston, TX  77019 | | | | | | | 0.00 |
| ACCOUNT NO. WOSNITZER, NANCY 195 LONG HILL DRIVE Short Hills, NJ  07078 | | | | | | | 0.00 |

Sheet no. __1551__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30356

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WP REALITY 50 WEST SIDE MALL EDWARDSVILLE, PA  18704 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WPOP STUDIO HARTFORD SQUARE NORTH 10 COLUMBUS BLVD Hartford, CT  06106 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WRANN, DEBORAH 4 SOUTH ST Enfield, CT  06082 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WRAY, ESTELLA 202 STANFORD STREET East Orange, NJ  07018 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WRENN, CHRISTOPHER 6 ROBIN LANE Monroe, CT  06468 | | | | X | X | X | 0.00 |

Sheet no. __1552__ of __1575__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WRIEDEN, CHRISTINE 4374 JUNIPER TERRACE BOYNTON BEACH, FL 33436 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WRIGHT BROTHERS CONSTRUCTION GREENWICH, CT 06830 GREENWICH, CT 06830 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WRIGHT, BRUCE 15 GARRETSON DRIVE FRANKLIN PARK, NJ 08823-1423 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WRIGHT, BRUCE & LISA 15 GARRETSON DRIVE Franklin Park, NJ 08823 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| WRIGHT, ELIZABETH 34 20TH AVENUE Irvington, NJ 07111 | | | | X | X | X | 0.00 |

Sheet no. _1553_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $         0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                 **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WRIGHT, ESTELLA<br>215 MAIDA WAY<br>Williamstown, NJ  08094 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WRIGHT, GEORGE<br>575 W FOREST TRAIL<br>VERO BEACH, FL  32962 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WRIGHT, GILBERT<br>52 NEWBURY STREET<br>Hartford, CT  06114 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WRS RELOCATION<br>22 RIVERVIEW DRIVE<br>Wayne, NJ  07470 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>WRYNN, GREGORY<br>17 OAKWOOD DRIVE<br>Woodcliff Lake, NJ  07677 | | | | | | | 0.00 |

Sheet no. _1554_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        0.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| WUNSCHEL, MAX & WINIFRED 2 FENWAY COURT River Edge, NJ  07661 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WVA CAT MOBILIZATION TO BE DETERMINED Logan, WV, 25601 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WYCKOFF ASSOCIATES 318 FRANKLIN AVENUE Wyckoff, NJ  07481 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WYCKOFF, BARBARA 1550 RAMAPO WAY Scotch Plains, NJ  07076 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| WYMAN, KEVIN 34 LINBROOK RD W Hartford, CT  06107-1225 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  - 30836

Sheet no. __1555__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤      $            0.00

Total ➤      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WYMANN, TIM 10706 WYE TOWN FARM ROAD Easton, MD 21601 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WYNDHAM LAKES 110 WATERCRESS CIRCLE Houston, TX 77064 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WYNNEWOOD GARDENS SUNGATE MANAGEMENT 718 NORTH BUCKNER Dallas, TX 75218 | | | | X | X | X | 0.00 |
| ACCOUNT NO. WYSE, BOYD & BRIGITTA 2220 GIBRALTER ROAD Santa Barbara, CA 93105 | | | | X | X | X | 0.00 |
| ACCOUNT NO. Xerographic Document Solutions 117 N. Gold Drive Robbinsville, NJ 08691 | | | Consideration: Trade debt | | | | 217.21 |

Sheet no. 1556 of 1575 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 217.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| XEROX TRAINING FACILITY 244 S. MYRTLE STREET Ravenna, OH, 44266 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| XIE, YANNIE 800 SHALER BOULEVARD Ridgefield, NJ 07657 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| XIONGS, LLC 93 ASYLUM STREET Hartford, CT 06103 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| XL Insurance 505 Eagleview Boulevard Suite 100, PO Box 636 Exton, PA 19341-0636 | | | | | | | 7,210.42 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| XM Satellite Radio PO Box 9001399 Louisville, KY 40290-1399 | | | | | | | 8.66 |

Sheet no. _1557_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 7,219.08

Total ► $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| XYLAS, MARIA & STAMATIS 14 LAWRENCE COURT TENAFLY, NJ 07670 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YACONE, KAREN & MARK 7 STRAWBERRY LAND Manchester, CT 06040 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YADACH, ALBERT 172 SHORE DRIVE Winsted, CT 06098 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YAGLOWSKI, MARK 184 SUPERIOR AVENUE Newington, CT 06111 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Yahoo Hot Jobs PO Box 0506 Carol Stream, IL 60132-056 | | | | | | | 2,225.19 |

Sheet no. __1558__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,225.19

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,    Case No. _____
              Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| YALE APPLIANCE & LTNG 1176 MAIN STREET Dennis, MA 02638 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YALE UNIVERSITY 370 JAMES STREET New Haven, CT 06520 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YANCY-VACANT PROPERTY 121 CLINTON AVENUE Jersey City, NJ 07304 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YANEZ 946 FRANKLIN AVENUE Franklin Lakes, NJ 07417 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YANEZ, MARIA 946 FRANKLIN AVENUE Franklin Lakes, NJ 07417 | | | | | | | 0.00 |

Sheet no. _1559_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 0.00
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| YANKEE BOAT YARD MARINA, INC. 54 RIVERVIEW STREET Portland, CT 06480 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YAVERBAUM, RICKY 12 DEERFIELD ROAD SHORT HILLS, NJ 07078 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YELLIN, M ARK & LAURA 628 FARMINGTON AVENUE Farmington, CT 06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YELLIN, MARK & L AURA 628 FARMINGTON AVENUE Farmington, CT 06032 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| Yellow Book Mid Atlantic 2560 Renaissance Boulevard King of Prussia, PA 19406 | | | | | | | 249.00 |

Sheet no. _1560_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 249.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,   Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| YESSIAN, CHARLES 36 CINNAMON ROAD Newington, CT  06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YITZHAKI, IZICK 74 DANA PALCE Englewood, NJ  07631 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | Consideration: Trade debt | | | | |
| YM Construction Inc. 1116 Allgood Bridge Road Pickens, SC 29671 | | | | | | | 8,062.00 |
| ACCOUNT NO. | | | | | | | |
| YON, MAI 7 GRAHAM STREET Alpine, NJ  07620 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| YON, MAI & CHUN, KWANG 7 GRAHAM STREET Alpine, NJ  07620 | | | | X | X | X | 0.00 |

Sheet no. __156__ of __157__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   8,062.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>YORK, TANYA<br>16 RALPH ROAD<br>West Orange, NJ  07052 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>YOST,  TERRY<br>2449 GERTRUDE LANE<br>LANTANA, FL  33462 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>YOST, ALANE<br>30 WOODS EDGE UNIT 5A<br>NEWINGTON, CT | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>YOU, SAM<br>2 FENWAY COURT<br>River Edge, NJ  07661 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>YOUNG, BETTY & JEFF<br>61 HANOVER COURT<br>Red Bank, NJ  07701 | | | | X | X | X | 0.00 |

Sheet no. __1562__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> YOUNG, CAROLYN <br> 56 MAIN STREET <br> Deep River, CT  06417 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> YOUNG, DIANE <br> 30 RYNDA ROAD <br> Maplewood, NJ  07040 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> YOUNG, DONNA <br> 23 PINNACLE RD <br> Farmington, CT  06032 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> YOUNG, EDWARD <br> 169 GLENWOOD AVENUE <br> LEONIA, NJ  07605 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> YOUNG, EDWARD & MARYANN <br> 712 STANLEY TERRACE <br> ROSELLE, NJ  07203 | | | | | | | 0.00 |

Sheet no. __1563__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. YOUNG, MARTHA 29 TONIA TERRACE Hawthorne, NJ 07506 | | | | X | X | X | 0.00 |
| ACCOUNT NO. YOUNG, TRACY 2 SILVIA LANE Windsor, CT 06095 | | | | X | X | X | 0.00 |
| ACCOUNT NO. YOUNG,DIANE/LILLEMON,MILDRED 206 LINDEN LANE Rio Grande, NJ 08242 | | | | X | X | X | 0.00 |
| ACCOUNT NO. YOUNG,EDWARD 169 GLENWOOD AVE Leonia, NJ 07605 | | | | X | X | X | 0.00 |
| ACCOUNT NO. YOUNG/LILLEMON 206 LINDEN LANE Rio Grande, NJ 08242 | | | | X | X | X | 0.00 |

Sheet no. __1564__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>YOUTH CHALLENGE<br>21-23 MAY STREET<br>Hartford, CT 06105 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>YOUX, AI<br>145 HARRIS DRIVE<br>Newington, CT 06111 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>YUDOVICH, MASHA<br>702 SUFFERN ROAD<br>Teaneck, NJ 07666 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Yugma<br>PO Box 46573<br>Eden Prairie, MN 55344 | | | Consideration: Trade debt | | | | 1,713.95 |
| ACCOUNT NO.<br><br>YURT, STEVEN<br>220 NORTHWOOD DRIVE<br>Guilford, CT 06437 | | | | X | X | X | 0.00 |

Sheet no. _1565_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,713.95

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,          Case No. _____
                        Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| YUSKA, ED 12 THISTLE LANE Middletown, CT 06457 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZAKA, LLC PRESIDENTIAL APARTMENTS 1350 15TH STREET Fort Lee, NJ 07024 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZAKEN, DEVORAH 355 NEWBRIDGE ROAD NEW MILFORD, NJ 07646-2434 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZAKRESKY, MIDDLESEX 22 STELLA PLACE MIDDLESEX, NJ 08846 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZAKREWSKI, SHIRLEY 43 NORTH MAIN STREET TERRYVILLE, CT 06786 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

Sheet no. __1566__ of __1575__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ZALACAR, JUAN<br>8 LAKE STREET<br>PATERSON, NJ 07501 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>ZAMBURELLO, TONY<br>14041 DALIA AVENUE<br>Fort Pierce, FL  34951 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>ZAMES, MATTHEW & JILL<br>727 WOODED TRAIL<br>Franklin Lakes, NJ  07417 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>ZAMPANO, THOMAS<br>41 SPRINGFIELD AVENUE<br>Summit, NJ  07901-4038 | | | | X | X | X | 0.00 |
| ACCOUNT NO.<br>ZANDER, CHARLES<br>22 COBBLESTONE DRIVE<br>Groton, CT  06340 | | | | X | X | X | 0.00 |

Sheet no. _1567_of _1575_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                   **Debtor**                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ZANETT, PETER 9 SIMSBURY ST. Waterbury, CT 06704 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZAPKA, PAUL 702 LAUREL LANE Wyckoff, NJ 07481-1029 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZARCZYNSKI, VERA 27 RED CEDAR DRIVE New Milford, CT 06776 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZARETSKY, MARVIN 1645 NW 66 TERRACE Pompano Beach, FL 33063 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZARETZKY, JOEL & PATTY 199 WAKELEE AVENUE Ansonia, CT 06401 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30386

Sheet no. _1568_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,          Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ZEBROWSKI, STEVEN E. 343 MAIN STREET Farmington, CT  06032 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZEILER, JEFF 65 JACKSON AVENUE Ho Ho Kus, NJ  07423 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZEISS 640 E PASSAIC AVENUE BLOOMFIELD, NJ  07003 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZELINSKY, JON 20CLIFDON DR SIMSBURY, CT  06070 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZENA, ANGELA 12 SANDERS PLACE Butler, NJ  07405 | | | | | | | 0.00 |

Sheet no. _1569_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤　$　0.00

Total➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,                    Case No. _____
                Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| ZETHNER, HENRY 473 SOMERS ROAD Ellington, CT  06029 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZEVO 14 EASTERN PARK DRIVE East Hartford, CT  06108 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZIAKOV, MARTIN 15 RIONDA COURT ALPINE, NJ  07620 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZIBELL, SUSAN 58 GLENBROOK ROAD Berlin, CT  06037 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZICHICHI, JOY 7 MYRTLE AVENUE Madison, NJ  07940 | | | | X | X | X | 0.00 |

Sheet no. _1570_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____ ,   Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ZIFF, LARRY <br> 65 WYCKOFF AVENUE <br> WALDWICK, NJ 07643-1733 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ZIMAN, RACHAEL <br> 4-22 BRYANT PLACE <br> Fair Lawn, NJ  07410 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ZIMMER, TRISHA <br> 93 POST ROAD <br> Hawthorne, NJ  07506 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ZIMMERMAN, HENRY <br> 101 NEWARK AVENUE <br> Bloomfield, NJ  07003 | | | | X | X | X | 0.00 |
| ACCOUNT NO. <br><br> ZIMMERMAN, MARK & TERRY <br> 206 PINE WAY <br> New Providence, NJ  07974 | | | | X | X | X | 0.00 |

Sheet no. 1571 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,     Case No. _____
                        **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ZIMMERMAN, NANCY 204 MONROE STREET Boonton, NJ 07005 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZIMMERMAN, NAT 94 JESSE COURT LONGVIEW ESTATES Montville, NJ 07045 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZIMMERMAN, STEVEN 39 TANNERY LANE SOUTH Weston, CT 06883 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZITA, KEN 77 KETTLE CREEK ROAD Weston, CT 06883 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZITNIK, JERRY 224 LAKEWOOD DRIVE PENDLETON, SC 29670 | | | | X | X | X | 0.00 |

Sheet no. _1572_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $        0.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ZOELLNER, ROBERT 114 HUYLER LANDING Cresskill, NJ 07626 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZOHLMAN, FRED 3 VILLAGE VIEW LANE Unionville, CT 06085 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZUCCHI, MADELINE 202 W. MOUNTAIN VIEW AVE. GREENVILLE, SC 29609 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZUCCHINO, PETER 688 PALISADE AVENUE CLIFFSIDE PARK, NJ 07010 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ZUCKER, IRWIN 48 JOHN PLACE Bergenfield, NJ 07621-3317 | | | | X | X | X | 0.00 |

Sheet no. 1573 of 1575 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0.00

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
    Debtor    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| ZWANG, DAVID 41 HILLTOP ROAD Short Hills, NJ  07078-1653 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZWEBEN, NANCY 2915 SOUTHERN DRIVE Fair Lawn, NJ  07410 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZWEISLER, THOMAS 22 TREE TOP ROAD Ellington, CT  06029 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZWICK, TIMOTHY 98 AETNA AVENUE TORRINGTON, CT 06790 | | | | X | X | X | 0.00 |
| **ACCOUNT NO.** | | | | | | | |
| ZWICKER, SUSAN 19107 WINSLOW TERRACE BOCA RATON, FL  33434 | | | | X | X | X | 0.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30386

Sheet no. _1574_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $           0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re _____,    Case No. _____
                      **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ZYCH, EDWARD 21 BLUEBERRY CIRCLE ELLINGTON, CT 06029 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ZYCHLINSKI, RAYMOND 324 DUNELLEN AVENUE DUNELLEN, NJ 08812 | | | | X | X | X | 0.00 |
| ACCOUNT NO. ZYRKOWSKI, JEANNE 142 CAREY STREET Mahopac Falls, NY 10542 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _1575_ of _1575_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00
Total ➤ | $ | 3,380,874.73

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30386

**B6F (Official Form 6F) (12/07)**

In re _____,        Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Jay Sinatro 263 White Street Hartford, CT 06103 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  Joseph DiMaria 36 Fairview Terrace Paramus, NJ 07652 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  Ronald Frey 117 Patterson Avenue Shrewsbury, NJ 07702 | | | | X | X | X | 0.00 |
| ACCOUNT NO.  Sid Cohen 83 Birch Lane Wayne, NJ 07470 | | | | X | X | X | 0.00 |

Sheet no. 1576 of 1577 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 20386

In re _____,                    Case No. _____
          Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Springwood Apartments 176 Allen Street New Britain, CT 06053 | | | | X | X | X | 0.00 |
| ACCOUNT NO. | | | | | | | 0.00 |
| USACE 803 Front Street Norfolk, VA 23510 | | | | X | X | X | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 20386

Sheet no. 1577 of 1577 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonpriority Claims

                    Subtotal ▶ | $ | 0.00

                    Total ▶ | $ | 0.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)