| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **TRENK, DIPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Ave., Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Sam Della Fera, Jr. (SD 4840)<br>Shoshana Schiff (SS 9639)<br>*Counsel for Debtors and Debtors-in-Possession* | |
| In re:<br><br>WRS HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-28457 (DHS)<br>(Jointly Administered)<br><br>Honorable Donald H. Steckroth |



FILED
JAMES J. WALDRON, CLERK
JUL 20 2010
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER CONVERTING CASES TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

7/20/10

USBJ

Page 2
Debtors:           WRS, LLC, *et al.*
Case No.:          10-28457 (DHS) (Jointly Administered)
Caption of Order.: Order Converting Cases to Chapter 7

---

Upon the application of the above-captioned Debtors, and for good cause shown,

IT IS:

ORDERED that each of these cases are converted from chapter 11 to chapter 7; and it is further

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in the cases.